UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

   -v-

EDWARD BRONSON; E-LIONHEART
ASSOCIATES, LLC d/b/a FAIRHILLS
CAPITAL,

                Defendants,

   -and-

FAIRHILLS CAPITAL, INC.,

                Relief Defendant.

12-CV-6421 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

On April 12, 2016, the Court granted Morivillo Abramowitz Grand Iason & Anello,

P.C.'s Motion to Withdraw as Defendants' and Relief Defendant's counsel. (Dkt. No. 142.) As

a result, Defendants and Relief Defendant currently are not represented by counsel. Defendant

E-Lionheart Associates, LLC and Relief Defendant Fairhills Capital, Inc. (the "Entities") are

artificial entities that cannot proceed pro se in this matter. *See, e.g.*, *Lattanzio v. COMTA*, 481

F.3d 137, 140 (2d Cir. 2007) ("[A] limited liability company . . . may appear in federal court

only through a licensed attorney."); *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d

Cir. 1983) ("[I]t is established that a corporation, which is an artificial entity that can only act

through agents, cannot proceed pro se." (italics omitted)).

IT IS HEREBY ORDERED that an attorney for the Entities must file a Notice of

Appearance within 30 days of the date of this Order, or the Entities risks entry of a default

judgment;

IT IS FURTHER ORDERED that within 30 days of the date of this Order, either an attorney for Defendant Edward Bronson must file a Notice of Appearance, or Bronson must inform the Court that he wishes to proceed pro se in this matter;

IT IS FURTHER ORDERED that Plaintiff shall submit its Motion for Summary Judgment by no later than June 10, 2016. Defendants and Relief Defendant shall submit their response by July 22, 2016. Plaintiff shall submit its reply by no later than August 19, 2016. Sur-reply papers will not be accepted unless prior permission of the Court is given.

Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

Courtesy copies are to be served upon counsel by the assigned date. One courtesy copy of all papers also shall be sent to the Court at the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

Dated: April 13, 2016
       White Plains, New York

KENNETH M. KARAS
United States District Judge

2