UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
SECURITIES AND EXCHANGE COMMISSION,                                     :
                                                                        :
                Plaintiff,                                              :
                                                                   :
       v.                                                          :   No. 12 Civ. 6421 (KMK)(JCM)
                                                                        :
EDWARD BRONSON and                                                      :
E-LIONHEART ASSOCIATES, LLC,                                            :
d/b/a FAIRHILLS CAPITAL,                                                :
                                                                        :
               Defendants ,                                            :
      and                                                             :
                                                                        :
FAIRHILLS CAPITAL, INC.,                                                :
                                                                        :
               Relief Defendant.                                       :
------------------------------------------------------------------------x

**NOTICE OF MOTION OF PLAINTIFF SECURITIES AND EXCHANGE
COMMISSION'S MOTION FOR SUMMARY JUDGMENT
<u>AGAINST DEFENDANTS AND RELIEF DEFENDANT</u>**

     PLEASE TAKE NOTICE, pursuant to the Court's Order of April 13, 2016 (Docket No. 143), that upon the basis of the accompanying Memorandum in Law in Support of Plaintiff Securities and Exchange Commission's ("SEC") Motion for Summary Judgment Against Defendants and Relief Defendant, Plaintiff SEC's Local Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Doreen M. Rodriguez executed June 9, 2016, the Declaration of Gregorie Sylvester executed June 10, 2016, the Declaration of Kevin McGrath executed June 10, 2016, and all the accompanying exhibits thereto, Plaintiff will move this Court before the Honorable Kenneth M. Karas, at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, at a time and date to be set by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 56, granting summary

judgment to Plaintiff on all claims against Defendants and Relief Defendant and granting the requested relief.

Dated:    New York, NY
          June 10, 2016

                                        Respectfully submitted,

                                        /s/ Kevin P. McGrath

                                        Kevin P. McGrath
                                        Haimavathi V. Marlier
                                        Christopher J. Dunnigan
                                        SECURITIES AND EXCHANGE COMMISSION
                                        New York Regional Office
                                        200 Vesey Street, Suite 400
                                        New York, New York 10281-1022
                                        (212) 336-1100
                                        mcgrathk@sec.gov (McGrath)
                                        marlierh@sec.gov (Marlier)
                                        dunnigancj@sec.gov (Dunnigan)

To:

William A. Rome, Esq.
Michael A. Eisenberg, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
875 Third Avenue
New York, NY 10022
(212) 603-6300
war@robinsonbrog.com
ame@robinsonbrog.com

*Counsel for Defendants and Relief Defendant*

2