UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                                                                      :
SECURITIES AND EXCHANGE COMMISSION,                                   :
                                                                      :
                                    Plaintiff,                        :
                                                                      :
                        v.                                            :      No. 12 Civ. 6421 (KMK)(JCM)
                                                                      :
EDWARD BRONSON and                                                    :
E-LIONHEART ASSOCIATES, LLC,                                          :
d/b/a FAIRHILLS CAPITAL,                                              :
                                                                      :
                                    Defendants,                       :
            and                                                       :
                                                                      :
FAIRHILLS CAPITAL, INC.,                                              :
                                                                      :
                                    Relief Defendant.                 :
----------------------------------------------------------------------x

## DECLARATION OF KEVIN P. MCGRATH

**Kevin P. McGrath**, hereby declares the following to be true and correct:

1.      I am an attorney for Plaintiff United States Securities and Exchange Commission ("SEC"), and am counsel of record in this case.  I make this Declaration in support of the SEC's Motion for Summary Judgment.  The documents referenced herein are true and correct copies of the document described.

2.      Attached hereto as Exhibit 1 is Defendants' Amended Answer, Docket No. 116, filed in this case on October 5, 2015.

3.      Attached hereto as Exhibit 2 are excerpts from the deposition of Defendant Edward Bronson dated March 25, 2016, and Exhibits 1 – 10, 12, 14, 17, 19, 22, 23 – 28, 30, 35 – 37, and placeholders for 44 – 47 thereto.  For reasons of data size, Exhibit 2 has been broken into four files, the first being the deposition excerpts, the second being Exhibits 1 – 10, 12, 14, 17, 19,

and 22, the third being Exhibits 23 – 28, 30, and 35 – 37, and the fourth being the placeholders

for Exhibits 44 – 47.  The SEC seeks leave to filed Exhibits 44 – 47 under seal, as they are tax

returns and are replete with highly confidential financial information and personally identifiable

information.

   4.  Attached hereto as Exhibit 3 are excerpt from the deposition of Mark Grober

dated March 9, 2016, and Exhibits 45 & 53 thereto.

   5.  Attached hereto as Exhibit 4 are excerpts from the deposition of Evan Solomon

dated March 9, 2016.

   6.  Attached hereto as Exhibit 5 are excerpts from the depositions of Janine Losino

dated June 2 and 15, 2015, and Exhibits 3 – 5, 8, 10, and 12 thereto.

   7.  Attached hereto as Exhibit 6 is the Declaration of Richard Stilitino executed on

March 3, 2016.

   8.  Attached hereto as Exhibit 7 is an Interpretative Opinion from the Investor

Protection Unit of the Delaware Department of Justice dated March 28, 2016, signed by Gregory

C. Strong, Investor Protection Director.

   9.  Attached hereto as Exhibit 8 is copy of a check from Keith T. and Lisa M.

Cheatham in the amount of $10,000.00, made out to Defendant E-Lionheart Associates, LLC.

   10.  Attached hereto as Exhibit 9 is a copy of a check from Michael Morris dated

June 9, 2009 in the amount of $100,000.00, made out to Defendant E-Lionheart Associates.

   11.  Attached hereto as Exhibit 10 is a copy of the Second Amended Complaint in the

matter *SEC v. Greenstone Holdings, Inc*., 1:10-cv-01302 (S.D.N.Y., Feb. 10, 2011) (Docket No.

107).

12.     Attached hereto as Exhibit 11 are 64 Attestations of Larry Mills, Records &

Information Specialist for the SEC, dated March 16, 20, & 22, 2016, and June 9, 2016.

13.     Attached hereto as Exhibit 12 is the Attestation of Faith Umoren-Udo,

Registration Specialist for the Investor Protection Unit of the Delaware Department of Justice.

14.     Attached hereto as Exhibit 13 is a placeholder for the federal and New York State

tax returns for Defendant Edward Bronson for 2011.  The SEC is seeking permission to file this

document under seal.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.


                                         _____/s/_ *Kevin P. McGrath*_____

                                         Kevin P. McGrath

Executed on June 10, 2016.