

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
KEVIN P. MCGRATH
(212) 336-0533
Mcgrathk@sec.gov

November 3, 2016

BY UPS OVERNIGHT

Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, N.Y. 10601-4150

    Re:    SEC v. Edward Bronson et al.
              12-CV-6421 (KMK) (S.D.N.Y.)

Dear Judge Karas:

    Enclosed please find a courtesy copy of Plaintiff Securities and Exchange Commission's Opposition to Defendant Edward Bronson's Notice of Bankruptcy Filing and Enforcement of Automatic Stay, filed on ECF earlier today.

Respectfully submitted,

Kevin P. McGrath
Senior Trial Counsel

Cc (via email): William A. Rome, Esq.
                 Michael A. Eisenberg, Esq.
               *Counsel for Defendants and Relief Defendant*

MEMO ENDORSED

Bronson is to respond to this submission by 11/14/16.

So Ordered.

KMK
11/4/16