**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

EDWARD BRONSON and E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL,

                Defendants,

-and-

FAIRHILLS CAPITAL, INC.,

                Relief Defendant.
-----------------------------------------------------------------X

No. 12-CV-6421(KMK)

**NOTICE OF MOTION
TO WITHDRAW AS
DEFENDANTS' COUNSEL**

    PLEASE TAKE NOTICE that, upon the accompanying Declaration of Ahmed A. Massoud, the law firm of MASSOUD & PASHKOFF, LLP ("the Firm") moves the Court for an Order, pursuant to Local Rule 1.4, permitting withdrawal of the Firm as counsel for the Defendants in this case.

Dated: New York, New York
       August 29, 2017

MASSOUD & PASHKOFF, LLP

By: _____
Ahmed A. Massoud, Esq. (AAM:5361)
1700 Broadway, 41st Floor
New York, NY 10019
(212) 207-6771
E-mail: amassoud@maspaslaw.com

*Because counsel represents that Mr. Bronson was made aware of this application and has expressed no opposition to it, the application is granted. So Ordered.*

*/s/ KMK 9/6/17*

1