UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Securities and Exchange Commission,

        Plaintiff(s),                       12 Civ. 06421 (KMK)

    -against-

Edward Bronson, et al.,              CALENDAR NOTICE

        Defendant(s).

-------------------------------------------------------X

        Judge Kenneth M. Karas has directed that counsel for all parties herein shall appear on Friday, May 8, 2020 at 11:00 a.m. for a status conference to be held by telephone. All parties participating in the conference shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195
Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.


Dated: May 5, 2020
       White Plains, New York


                                                           So Ordered

                                                           Kenneth M. Karas, U.S.D.J