PAUL A. RACHMUTH
ATTORNEY AT LAW
66 North Village Avenue
ROCKVILLE CENTRE, NEW YORK 11570
TELEPHONE: (516) 330-0170     PAUL@PARESQ.COM     FACSIMILE: (516) 543-0516

---

May 31, 2020

*Via ECF*

Hon, Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

Re:   SEC v. Bronson, 12-cv-6421(KMK)

Dear Hon. Sir,

The Defendant in the above referenced matter, Edward Bronson, respectfully requests the opportunity to be heard and present evidence at the hearing on the Security and Exchange Commission's (the "SEC") pending contempt motion. If the Court does not wish to hold a hearing or to take evidence at the hearing, Mr. Bronson respectfully requests an opportunity to file a sur-reply to the SEC's reply memorandum and affirmation to correct certain factual errors and omissions.

Sincerely,

Paul Rachmuth

Cc:   Maureen King, Esq. (vía ecf)