PAUL A. RACHMUTH
ATTORNEY AT LAW
66 NORTH VILLAGE AVENUE
ROCKVILLE CENTRE, NEW YORK  11570
TELEPHONE: (516) 330-0170      PAUL@PARESQ.COM      FACSIMILE: (516) 543-0516

February 11, 2021

VIA ECF FILING

Hon. Kenneth M. Karas,
United States District Court Judge
District Court, Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   Securities and Exchange Commission v. Bronson *et al.* 12-cv-6421 (KMK)

Dear Hon. Karas,

Your directions required that I file my opposition to the SEC's motion for additional sanction by February 10, 2021.  On that date, I attempted to file my affirmation in opposition to the motion, however the SDNY's ECF system was down (I had checked and was able to get into the filing sections of the Bankr. SDNY but not the District Court).  Attached hereto is a screenshot of the error message I received when attempting to access the site.

Rather than filing the documents, I email served the SEC through their secure website and left a phone message for your courtroom deputy at (914) 390-4146.

The SDNY ECF system was back online this morning and the documents have now been uploaded.

Respectfully Submitted,

Paul Rachmuth