PAUL A. RACHMUTH
ATTORNEY AT LAW
66 NORTH VILLAGE AVENUE
ROCKVILLE CENTRE, NEW YORK 11570
TELEPHONE: (516) 330-0170   PAUL@PARESQ.COM   FACSIMILE: (516) 543-0516

February 16, 2021

<u>VIA ECF FILING</u>

Hon. Kenneth M. Karas,
United States District Court Judge
District Court, Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   Securities and Exchange Commission v. Bronson *et al.* 12-cv-6421 (KMK)
      <u>Consent to SEC's Request for Extension of Time to Take Depositions</u>

Dear Hon. Karas,

By letter to this Court dated February 11, 2021, the Securities and Exchange Commission (the "SEC") seeks an extension of its deadline to take the depositions of Mr. and Mrs. Bronson so that it can receive and review documents requested of the Bronsons. The Bronsons have provided the SEC with a current sworn statement of financial condition as well as answered each of the SEC's requests listed in its February 8, 2021 letter.

The depositions of Mr. and Mrs. Bronson are currently scheduled for February 24 and 25, 2021. The Bronson's consent to extending the deadline to take their depositions so the SEC can review the documents provided as well for the production and review of any additional documents the SEC may request.

Respectfully Submitted,

Paul Rachmuth