UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                            Plaintiff,<br><br>v.<br><br>EDWARD BRONSON, E-LIONHEART<br>ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL<br><br>                                                            Defendants<br><br>and<br><br>FAIRHILLS CAPITAL, INC.<br><br>                                                            Relief Defendant. | 12 Civ. 6421 (KMK) |

**DECLARATION OF MAUREEN PEYTON KING IN SUPPORT OF
PLAINTIFF'S PROPOSED PAYMENT PLAN**

I, Maureen Peyton King, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am a senior trial counsel employed by the Securities and Exchange Commission (the "Commission") in its New York Regional Office. I am a member of the bar of this Court. I am personally familiar with the facts set forth herein.

2. I make this declaration in support of the Commission's proposed payment plan.

3. The Amended Judgment, Docket Entry 193, imposed on Bronson and an entity defendant a joint and several obligation to pay disgorgement of $9,355,271.79 and prejudgment interest of $2,177,100.59 and on Bronson, an entity defendant and a relief defendant a joint and several obligation to pay disgorgement of $645,000.00 and prejudgment interest thereon in the amount of $151,031.37.

4. To date, Bronson has paid only $25,000 toward the Judgment.

5. Accompanying this declaration is a series of exhibits. The following table lists the exhibits, each of which is a true and correct copy of the document described, with redactions for required and sensitive information.

| Exhibit No. | Description |
|---|---|
| 1 | An April 29, 2021 letter to P. Rachmuth concerning outstanding documents accompanied by attachments A-F. |
| 2 | March 2020 Wells Fargo account statement for Top Knot Inc. |
| 3 | A July 28, 2019 letter from Titan Global Holdings Ltd. Attn: Mr. Edward Bronson. |
| 4 | The Bronsons' accounting as of February 12, 2021. |
| 5 | December 20, 2019 email regarding a Top Knot accounts. |
| 6 | May 13, 2019 email concerning Dawn Kellas Bronson's family trust. |
| 7 | Subpoena package to Top Knot Inc. |
| 8 | Subpoena package to Top Knot Inc. USA. |

I declare under penalty of perjury that the foregoing is true and correct. Executed in Wantagh, New York, on May 11, 2021.

s/ *Maureen Peyton King*
Maureen Peyton King