| | |
|---|---|
| **From:** | World Stock & Bond Insured <compliance@worldstockandbond-insured.com> |
| **Sent:** | Wednesday, May 1, 2019 8:46 PM |
| **To:** | Edward Bronson <edwardlhv@gmail.com> |
| **Cc:** | Bradley Eisenstein <bradley@empiremediagroupllc.com>; Tucci, Allen <Tuccia@whiteandwilliams.com> |
| **Subject:** | Re: Need your broker dealer email as well , your officer please |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Hi Edward,

Thanks for the information, can you please send me your officer email address so I can process the transfer tomorrow for you. I will cc you on the transfer Instructions as well from Integral Transfer in Toronto.

Very excited as well !

Regards,
Ali

Sent from my iPhone

On 2 May 2019, at 01:40, Edward Bronson <edwardlhv@gmail.com> wrote:

> **Ali,**
>
> Below please find our Barclays bank account info and our Cowen International Limited Prime Brokerage account number in London. Please have all shares prepared in the name of Top Knot Inc. Please have the full 1B prepared for transfer to the below account. I am excited to complete this first transaction and move on to additional transactions with you and your team.
>
> Yours truly,
>
> **Edward Bronson**
>
> **Bank Account Number:** ███000
> **Cowen International Limited – Top Knot INC**
> **Cowen Account Number:** ███118
> **Buyer: Top Knot INC**