

July 28, 2019

To:  Top Knot Inc.,
Address: 1275 Fairhills Drive, Ossining, NY 10562 USA
Attn: Mr. Edward Bronson (Authorized Signature on Agreement)
To: White and Williams
Attn: Allen C. Tucci, Esq., Partner (Attorney for Top Knot, Inc., Mr. Edward Bronson)
Address: Philadelphia, PA | Wilmington, DE
Direct Tel: 215.864.6352 | Fax: 215.789.7622 Email: tuccia@whiteandwilliams.com

Mr. Karsten Behrens, Legal Counsel for Titan -
Email: legal@titanpreferred.com

**RE: Demand Letter:** As per emails from your client, Top Knot, Inc., Mr. Edward Bronson in regard to non-payment and allegations of determination of irregularities, therefore, kindly have Titan's assets returned by July 31, 2019. Titan's counsel has already given these instructions to Mr. Edward Bronson as to where Titan's assets are to be returned to:
**Return Titan's assets to: Integral Transfer Agency Attn: Kiara Hum
Operations Department, Direct Tel: 416.623.8028 ext. 203 and/or
Email: support@integraltransfer.com**

Dear Mr. Allen Tucci,

Please Take Notice, of this Demand Letter regarding the return of Titan's assets from your client Top Knot, Inc., Mr. Edward Bronson as you have been cc'd on the email correspondence between Titan and your client.

Our client Titan provided any and all due-diligence documentation leading to executed Agreements with Mr. Bronson – Top Knot, Inc., including an NDA, all executed and signed prior to Top Knot, Inc. - Mr. Bronson executed the Agreement to proceed with the purchase contract value of $1B of our client's Titan preferred shares for the payment of $650,000,000.00 USD.

Prior to the transfer of the Titan preferred shares, Mr. Bronson assured our client that he is the signatory and 25% owner of a $6B USD regulated hedge fund. Mr. Bronson also stated that he was not relying on having to borrow upon the receipt of and against the value of the Titan preferred shares in order to complete his purchase of the Titan preferred shares; and that he was purchasing the Titan preferred shares to hold as an asset in order to receive Titan's yearly interest coupon. Since Mr. Bronson executed our client's Agreement and for over 90 days, has  assured our client that funds for payment of the Titan preferred shares are going to be released any day….and that Mr. Bronson would be borrowing against the US Treasury Bonds in his $6B USD Hedge Fund account upon the Titan preferred shares transfer to Top Knot, Inc., Mr. Edward Bronson. Top Knot, Inc., Mr. Edward Bronson has received the Titan preferred shares over 90 days ago, he has never asked for or requested any additional due-diligence information nor for any additional supporting documents regarding the Titan preferred shares.

74 Boulvard d Italie, 98000 Monaco, Monaco
Tel: 33 621 13 1050 Email: compliance@titanpreferred.com
Website: www.titanpreferred.com



Our client is concerned and is requesting a confirmation today of Top Knot, Inc., Mr. Edward Bronson's control of the Titan preferred shares. Does Top Knot, Inc., Mr. Edward Bronson still maintain control of the Titan preferred shares? I am asking you and your firm to provide a confirmation from your client as to where our client's assets are and to please assist us in expediting the return of our client's Titan preferred shares.

Upon execution of the Agreement over 90 days ago, the Titan preferred shares were transferred directly from our client's Treasury account at the Integral Transfer Agent – Canada to Top Knot, Inc., Mr. Edward Bronson. Mr. Edward Bronson stated to our client that he received the Titan preferred shares at his Cowen Securities account in London and that payment funds would be released. These payment statements by Mr. Edward Bronson have continued for 90 days, whereby, demand for payment or return of the Titan assets emails have gone back and forth between Top Knot, Inc., Mr. Edward Bronson and our client. Based on Mr. Bronson's emails he is insinuating that he has no intention of returning or paying for the Titan preferred shares, and even suggested to our client the cancelling the issuance of the Titan preferred shares that he received; Allen, how can our client even contemplate cancelling the Titan preferred shares without any confirmation of where Mr. Edward Bronson has the Titan preferred shares.

At this stage of non-payment and stalling to return our clients assets - Titan preferred shares, and with no evidence or confirmation that he even still maintains control of the Titan preferred shares, I am asking you personally to assist in our client's issues prior to this escalating to litigation. Our client is of the belief that Mr. Edward Bronson does not maintain control of the Titan preferred shares, I sincerely hope you can be of assistance at this time. I am looking forward to speaking with you as soon as possible since time is of the essence.

Please see attached in regard to the supporting documentation regarding this transaction.


Regards,
Mr. Karsten Behrens

*Karsten Behrens*


Karsten Behrens, Legal Counsel for Titan
legal@titanpreferred.com
cc. Director Titan Global Holdings, LTD., Preferred Shares


74 Boulvard d Italie, 98000 Monaco, Monaco
Tel: 33 621 13 1050 Email: compliance@titanpreferred.com
Website: www.titanpreferred.com

CONFIDENTIAL
WWBR2_000590