| | |
|---|---|
| **From:** | Edward Bronson <edwardlhv@gmail.com> |
| **Sent:** | Friday, June 14, 2019 10:53 AM |
| **To:** | Ashwood L. Forbes <alf@forbescolaw.com>; Tucci, Allen <Tuccia@whiteandwilliams.com>; 'Messam, Rex' <rex.messam@engelvoelkers.com>; 'Alonzo Malcolm' <anbdrafting@yahoo.com> |
| **Subject:** | RE: Client Due Diligence & KYC Forms |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

**From:** Edward Bronson [mailto:edwardlhv@gmail.com]
**Sent:** Thursday, June 13, 2019 3:11 PM
**To:** Ashwood L. Forbes; 'Tucci, Allen'; 'Messam, Rex'; Alonzo Malcolm
**Subject:** RE: Client Due Diligence & KYC Forms

Nash,

Just spoke to Dr Krost on the 2.5M. See below:

"The money is to clear at hsbc tomorrow that was transferred from ibsc… they are hoping to send something out by early next week."


Sorry for the delay.

EB


Sent from Mail for Windows 10

---

**From:** Ashwood L. Forbes
**Sent:** Friday, June 14, 2019 10:49 AM
**To:** 'Edward Bronson'; 'Tucci, Allen'; 'Messam, Rex'; 'Alonzo Malcolm'
**Subject:** RE: Client Due Diligence & KYC Forms

Morning Edward,
We cannot open your email. Can you please resend?

Regards,

---

**Ashwood L. Forbes**             Suite #7
Managing Partner                           Southern Shores
E: alf@forbescolaw.com                 P.O. Box 1180
W: www.forbescolaw.com              Leeward Highway
T: (649) 332-4176                             Providenciales
F: (649) 339-4177                              Turks and Caicos Islands



The information contained in this e-mail is confidential and is intended for the named recipient only. If you are not the named recipient, please notify us by telephone on #649-332-4176 immediately and delete it from your device.
Forbes & Co has taken every reasonable precaution to ensure that any attachment to this e-mail has been checked for viruses. However, we cannot accept liability for any damage sustained as a result of any such software viruses
and advise you to carry out your own virus check before opening any attachment. Furthermore, we do not accept responsibility for any change made to this message after it was sent by the sender.

---

**From:** Edward Bronson [mailto:edwardlhv@gmail.com]
**Sent:** Thursday, June 13, 2019 3:11 PM

**To:** Ashwood L. Forbes; 'Tucci, Allen'; 'Messam, Rex'; Alonzo Malcolm
**Subject:** RE: Client Due Diligence & KYC Forms

Nash,

Just spoke to Dr Krost on the 2.5M. See below:

"The money is to clear at hsbc tomorrow that was transferred from ibsc… they are hoping to send something out by early next week."

Sorry for the delay.

EB

Sent from Mail for Windows 10

**From:** Ashwood L. Forbes
**Sent:** Thursday, June 13, 2019 2:02 PM
**To:** 'Edward Bronson'; 'Tucci, Allen'; 'Messam, Rex'
**Subject:** FW: Client Due Diligence & KYC Forms

Dear Sirs,
Please see attachment

---

**Ashwood L. Forbes**          Suite #7
Managing Partner              Southern Shores
E: alf@forbescolaw.com        P.O. Box 1180
W: www.forbescolaw.com        Leeward Highway
T: (649) 332-4176             Providenciales
F: (649) 339-4177             Turks and Caicos Islands



The information contained in this e-mail is confidential and is intended for the named recipient only. If you are not the named recipient, please notify us by telephone on #649-332-4176 immediately and delete it from your device.
Forbes & Co has taken every reasonable precaution to ensure that any attachment to this e-mail has been checked for viruses. However, we cannot accept liability for any damage sustained as a result of any such software viruses
and advise you to carry out your own virus check before opening any attachment. Furthermore, we do not accept responsibility for any change made to this message after it was sent by the sender.

**From:** Kerchelle E. Bain [mailto:keb@forbescolaw.com]
**Sent:** Thursday, June 13, 2019 2:53 PM
**To:** Ashwood L. Forbes
**Subject:** Client Due Diligence & KYC Forms

See attached.

---

Kerchelle E. Bain              Suite #7
Associate                      Southern Shores
E: keb@forbescolaw.com         P.O. Box 1180
W: www.forbescolaw.com         Leeward Highway
T: (649) 332-4176              Providenciales
F: (649) 339-4177              Turks and Caicos Islands

CONFIDENTIAL                                                                 WWBR2_005779



The information contained in this e-mail is confidential and is intended for the named recipient only.  If you are not the named recipient, please notify us by telephone on #649-332-4176 immediately and delete it from your device.
Forbes & Co has taken every reasonable precaution to ensure that any attachment to this e-mail has been checked for viruses. However, we cannot accept liability for any damage sustained as a result of any such software viruses
and advise you to carry out your own virus check before opening any attachment.  Furthermore, we do not accept responsibility for any change made to this message after it was sent by the sender.

   Virus-free. www.avast.com

CONFIDENTIAL