| | |
|---|---|
| **From:** | Tucci, Allen |
| **Sent:** | Wednesday, June 19, 2019 12:54:54 PM |
| **To:** | 'Messam, Rex'; 'alf' |
| **Subject:** | update |

**ProcessedByWorkshareProtect:**

I heard from Ed, late yesterday about the pending wire transfer to Ash's account. He was told by the sender (Stuart Krost) that it should be received in TCI, today. Additionally, today Ed told me that he will be funding a new account in the US for Top Knot, Inc. USA, a company that is wholly-owned by Dawn Bronson, with proceeds from a line of credit that was extended to Ed's company (Top Knot Limited (Nevis)). I have provided Dawn with all documents necessary to open the US-based account for Top Knot, today. These funds will be used to pay deposits and land purchases. I will keep you both posted as I hear more.


**Allen C. Tucci**
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6352 | Fax 215.789.7622
tuccia@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.