UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

  -v-                                      ORDER

EDWARD BRONSON and                  No. 12-CV-6421 (KMK)
E-LIONHEART ASSOCIATES, LLC,
d/b/a FAIRHILLS CAPITAL,

                       Defendants,
  -and-

FAIRHILLS CAPITAL, INC.,

                     Relief Defendant.

KENNETH M. KARAS, District Judge:

       Pursuant to this Court's Order dated May 14, 2021, (Dkt. No. 241), and the SEC's subsequent request to call additional witnesses, (Dkt. No. 242), the Court hereby orders the following individuals to appear before this Court on June 3, 2021 at 1:30 p.m. for a hearing in the instant matter:

- John Kellas
- Stuart Krost
- Chelsea Krost
- Allen Tucci

SO ORDERED.

DATED:    May 25, 2021
              White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE