**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
www.nysd.uscourts.gov

**SECURITIES AND EXCHANGE COMMISSION,**
      Plaintiff,

  -v-                                              CASE NO. 7:12-cv-06421-KMK

**EDWARD BRONSON and**
**E-LIONHEART ASSOCIATES, LLC,**
**d/b/a FAIRHILLS CAPITAL,**
      Defendants,

  -and-

**FAIRHILLS CAPITAL, INC.**
      Relief Defendants.

_____X

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that I, RONALD SCOTT KANIUK, ESQ. of KANIUK LAW OFFICE, P.A., with offices located at 1615 S. Congress Avenue, Suite 103, Delray Beach, FL 33445, hereby files this *Notice of Appearance* on behalf of Stuart Krost and Chelsea Krost, and hereby request that all papers, pleadings, and/or notices in this action be served upon me via email at: **ron@kaniuklawoffice.com**.

      I certify that I am admitted to practice before this Court.

Dated: May 27, 2021

                                                  **KANIUK LAW OFFICE, P.A.**

                                        BY: ***/s/Ronald Scott Kaniuk***
                                                  Ronald Scott Kaniuk (FBN 0112240)
                                                  1615 S. Congress Avenue, Suite 103
                                                  Delray Beach, FL 33445
                                                  Phone 561-292-2127
                                                  **ron@kaniuklawoffice.com**