UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br> -v-<br><br>EDWARD BRONSON and<br>E-LIONHEART ASSOCIATES, LLC,<br>d/b/a FAIRHILLS CAPITAL,<br><br>                         Defendants,<br> -and-<br><br>FAIRIELLS CAPITAL, INC.,<br><br>                         Relief Defendant. | No. 12-CV-6421 (ICMK) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the firm of Archer & Greiner, P.C., hereby appears in the above-captioned case for non-party witness Allen Tucci., and requests that all notices and all papers served or required to be served in this case be given to and served upon the following:

Michael S. Horn, Esq.
**ARCHER & GREINER, P.C.**
1211 Avenue of the Americas
Suite 2750
New York, NY 10036
Tel. (201) 342-6000
Fax(201) 342-6611
Email: mhorn@archerlaw.com

                                               **ARCHER & GREINER, P.C.**
                                             Attorneys for non-party witness Allen Tucci.

                                             By:_____
                                                     Michael S. Horn

221243622v1