UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

  -v-

EDWARD BRONSON and E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL

          Defendants,

  -and-

FAIRHILLS CAPITAL, INC.,

          Relief Defendant.

ORDER

No. 12-CV-6421 (KMK)

---

KENNETH M. KARAS, United States District Judge:

    The request to adjourn, (Dkt. No. 247), is granted. In view of the number of witnesses scheduled to testify, the hearing will now take place on Wednesday, July 7, 2021 at 10:00 a.m. The Court anticipates completing the hearing in one day.

    However, the request to excuse Dr. and Ms. Krost, (*id.*), is denied. The Court will allow Ms. Krost to testify remotely via phone or video.[1] Dr. Krost must make arrangements to appear and testify in person.

SO ORDERED.

DATED:    May 28, 2021
               White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

---

[1] The Court will provide teleconference information closer to the date of the hearing.