**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
www.nysd.uscourts.gov

SECURITIES AND EXCHANGE
COMMISSION,
    Plaintiff,

    -v-                                      CASE NO. 7:12-cv-06421-KMK

EDWARD BRONSON and E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL,
    Defendants,

    -and-

FAIRHILLS CAPITAL, INC.,
    Relief Defendants.
_____X

## SUPPLEMENTAL STATEMENT IN SUPPORT OF MOTION TO STRIKE AND/OR MODIFY COURT ORDER DATED MAY 28, 2021

    Dr. Stuart Krost and Ms. Chelsea Krost, by and through undersigned counsel, files this Supplemental Statement in Support of Motion to Strike and/or Modify (this "Motion") the Court Order dated May 25, 2021 (the "Revised Scheduling Order" at Document 251), and in support thereof, states that attached hereto as **Exhibit "A"** and incorporated by reference herein is a signed Doctor's Note from Women's Healthcare of Boca Raton which requests that Chelsea Krost be excused from the hearing scheduled for July 7, 2021 (the "Hearing") due to her pregnancy and impending delivery. As such, it is respectfully requested that the Court modify the Revised Scheduling Order to excuse Ms. Krost from participation at the Hearing.

Dated: June 28, 2021

                                      **KANIUK LAW OFFICE, P.A.**

                                      BY: ***/s/Ronald Scott Kaniuk***
                                            Ronald Scott Kaniuk (FBN 0112240)
                                            1615 S. Congress Avenue, Suite 103
                                            Delray Beach, FL 33445
                                            Phone 561-292-2127
                                            **ron@kaniuklawoffice.com**



WOMEN'S HEALTHCARE OF BOCA RATON
9970 Central Park Boulevard N., Suite 301, Boca Raton, FL 33428
Phone 561-465-8800 • Fax 561-465-8834
www.obgynofboca.com

David Ellman, MD, FACOG
Diplomate, American Board of
Obstetrics & Gynecology

NONACUTE PAIN ☐
ACUTE PAIN EXCEPTION ☐

Name: Chelsea Rost
DOB: 2/2/91
Date: 6/28/21

℞ Due to medical issues of pregnancy and delivery, Chelsea Rost participation in court proceedings until further notice.

SCRIPT # 1023