

**DIVISION OF ENFORCEMENT**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, NE, MAIL STOP 5628
WASHINGTON, D.C. 20549-5628

MARSHA C. MASSEY
SUPERVISORY ASSISTANT CHIEF
LITIGATION COUNSEL
DIRECT DIAL: (202) 551-4452
FACSIMILE:   (202) 572-1372

June 29, 2021

**BY ECF**

Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:   *United States Securities and Exchange Commission v. Bronson, et al.*
           Case No. 7:12-cv-6421-KMK

Dear Judge Karras:

    I write to request admission to practice pro hac vice in the above captioned case. I am a Supervisory Assistant Chief Litigation Counsel at the U.S. Securities and Exchange Commission ("SEC") in the Division of Enforcement's Office of Collections, and I work in the SEC's Washington, D.C. Office (100 F. Street, N.E., Washington, DC 20549). I am a member in good standing of the Bar of the State of Florida and an inactive member of the Bar of the State of Indiana.

    For your convenience, I have enclosed a proposed order granting admission pro hac vice.

Very truly yours,

*/s/ Marsha C. Massey*

Marsha C. Massey
Supervisory Assistant Chief Litigation Counsel

cc: Counsel of Record (via CM-ECF)