# ISLAND OF NEVIS
## OFFICE OF THE REGISTRAR OF CORPORATIONS

### CERTIFICATE OF INCORPORATION

I HEREBY CERTIFY that

**Top Knot Inc**

is duly incorporated and has filed articles of incorporation under the provisions of the Nevis Business Corporation Ordinance 1984, as amended, on

22nd September, 2017

Given under my Hand & Seal at Charlestown
This 22nd day of September, 2017

*Registrar of Corporations*

No. C 48726

4ZDrDgBg



CERTIFIED TO BE A TRUE COPY
One (1) PAGES
OF Top Knot Inc
this 14th day of May 2019.
NEVIS FINANCIAL SERVICES DEPARTMENT
Per: *Agnes* Registrar

CONFIDENTIAL                                                                                         WWBR2_001468

# ISLAND OF NEVIS
## OFFICE OF THE REGISTRAR OF CORPORATIONS

### ENDORSEMENT CERTIFICATE

IN ACCORDANCE WITH THE PROVISIONS OF SECTION 4 (6) OF THE NEVIS BUSINESS CORPORATION ORDINANCE 1984, AS AMENDED

I CERTIFY that I have endorsed "FILED" upon the Original Articles of Incorporation of

*Top Knot Inc*

as of 22nd September, 2017

being the date of a receipt evidencing payment of all appropriate fees, upon which date existence of said corporation commenced;

I FURTHER CERTIFY that an exact signed and acknowledged Duplicate of said Articles of Incorporation has been filed with this office.

Given under my Hand & Seal at Charlestown
This 22nd day of September, 2017



Registrar of Corporations

No. C 48726

CERTIFIED TO BE A TRUE COPY
Six (6) PAGES
OF Top Knot Inc
this 14th day of May 2019.
NEVIS FINANCIAL SERVICES DEPARTMENT
Per _Agnes_
Registrar

nDnsqSin

CONFIDENTIAL                                                                 WWBR2_001469

# ARTICLES OF INCORPORATION

## OF

## Top Knot Inc

### PURSUANT TO THE NEVIS BUSINESS CORPORATION ORDINANCE 1984 AS AMENDED



REGISTRAR OF CORPORATIONS
FILED
SEP 22 2017
NEVIS

CONFIDENTIAL

WWBR2_001470

## NEVIS BUSINESS CORPORATION ORDINANCE 1984

### ARTICLES OF INCORPORATION

For the purpose of forming a corporation pursuant to the Nevis Business Corporation Ordinance 1984, the undersigned does hereby make, subscribe, acknowledge and file in the office of the Registrar of Corporations this instrument for this purpose, as follows:

1. The name of the corporation shall be:

### Top Knot Inc

2. The registered address of the corporation shall be Hunkins Waterfront Plaza, Suite 556, Main Street, Charlestown, Nevis. The corporation's registered agent at this address shall be Morning Star Holdings Limited.

3. The aggregate number of shares that the corporation is authorized to issue is One Hundred Thousand (100,000) Registered Shares with a par value of One U.S. dollar ($1.00) per share. The corporation shall issue all of its shares as registered shares only and bearer shares are prohibited.

4. The corporation shall have as its principal purpose the right to engage in any lawful act or activity for which corporations may now or hereafter be organized under the Nevis Business Corporation Ordinance 1984.

5. The corporation shall have every power which a corporation now or hereafter organized under the Nevis Business Corporation Ordinance 1984 may have.

CONFIDENTIAL

The name and address of each incorporator
and subscriber of these Articles is

| NAME | ADDRESS | NUMBER OF SHARES SUBSCRIBED |
|---|---|---|
| Leta Manners | Hunkins Waterfront Plaza Suite 556, Main Street Charlestown, Nevis | One Hundred Thousand |

IN WITNESS WHEREOF, I have executed this instrument on this 22nd day of September, 2017.

CONFIDENTIAL                                                                                                WWBR2_001472

## CERTIFICATE OF NOTARY PUBLIC

**Island of Nevis**                                                                 **September 22, 2017**

**Town of Charlestown**

On this date before me personally came Leta Manners known to me to be the individual described in and who executed the foregoing Articles of Incorporation of

**Top Knot Inc**

in accordance with the provisions of Section 4 of the Nevis Business Corporation Ordinance 1984 and she duly acknowledged to me that the execution thereof was her act and deed, and I do now set my hand and seal in witness of these acts in accordance with the provisions of the same Section of the Ordinance.

_____
**Herman W. Liburd**
**Notary Public**

CONFIDENTIAL                            WWBR2_001473

# DESIGNATION AND ACCEPTANCE OF REGISTERED AGENT

WHEREAS: Under the provisions of Section 17(1), of the Nevis Business Corporation Ordinance 1984, as amended, corporations formed under that Ordinance are required to designate a Registered Agent, and failure to maintain a Registered Agent shall result in the involuntary dissolution of the corporation under Section 99(1);

WHEREAS: Morning Star Holdings Limited is duly licensed by the Island of Nevis Government to act as Registered Agent and meets the requirements of Section 17(1) of the Nevis Business Corporation Ordinance 1984; and

WHEREAS:                              Top Knot Inc

in order to comply with the provisions of the Ordinance, has designated Morning Star Holdings Limited its Registered Agent;

THEREFORE: Morning Star Holdings Limited hereby accepts designation as Registered Agent for the above named corporation as of the date set forth below.

_____          _____
for Morning Star Holdings Limited             for Morning Star Holdings Limited

September 22, 2017

CONFIDENTIAL                                                                                         WWBR2_001474