On Oct 9, 2017, at 1:43 PM, Joe Mondesir <jmondesir@vcorpservices.com> wrote:

Dear Edward,

Attached please find the documents related to the above-referenced entity for your records.

If you have any questions please contact your account manager or a customer service specialist at 888-528-2677.

Thank you for your business.

Sincerely,

**Josias Mondesir**
**Vcorp Services, LLC**
Toll Free: 1.888.528.2677
Office: 845.425.0077
Fax 845.818.3588
Email jmondesir@vcorpservices.com
Web www.VcorpServices.com

Check out Vcorp's NEW portal: EntityCompli

Disclaimer: This email is being sent for informational purposes only. Vcorp Services, LLC, does not provide legal, tax or accounting advice. If you are seeking such guidance, please consult a trained professional. If you are not the intended recipient of this message, please note that its contents are confidential. Please notify the sender and delete the message and any attachments from your system.

<Top Knit Inc Florida Foreign Qualification_2852620.pdf>

CONFIDENTIAL

# RESOLUTION OF THE DIRECTOR

## OF

## Top Knot Inc

The undersigned Director of **Top Knot Inc** a corporation incorporated under the Laws of the Island of Nevis on the 22nd day of September, 2017 hereby authorizes the following resolution:

BE IT HEREBY RESOLVED, that Share Certificate no. 1 for 100,000 shares be issued in the name of Dawn Bronson.

Dated this 22nd day of September, 2017

*Dawn Bronson* (signature)
Dawn Bronson

CONFIDENTIAL                                                                                          WWBR2_000673

# Top Knot Inc

Incorporated September 22, 2017

Minutes of the first meeting of Incorporator and Subscriber

The undersigned, being the Incorporator and Subscriber of Top Knot Inc held a meeting at Charlestown, Nevis, at 3:30 p.m., September 22, 2017.

The following resolution was adopted:

BE IT HEREBY RESOLVED, that Dawn Bronson of 1275 Fair Hills Dr. Ossining, NY 10562, be elected Director to serve until a successor has been elected and qualified.

The following resolution was adopted:

BE IT HEREBY RESOLVED, that the Bylaws read to this meeting be, and hereby are adopted, ratified and approved in all respects as the Bylaws of this corporation, and initialed by the directors, and the Secretary is directed to cause these Bylaws to be inserted in the minute book immediately following the Articles of Incorporation.

There being no further business to conduct, the meeting was adjourned.

_____
Leta Manners
Incorporator

# TRANSFER OF SUBSCRIPTION RIGHTS

FOR VALUE RECEIVED, I, Leta Manners, have sold, transferred and assigned, and by these presents do sell, transfer and assign unto **Dawn Bronson**, all my right, title and interest as individual subscriber to or resulting from my respective subscription to the extent of One Hundred Thousand (100,000) shares of the common capital stock of

## Top Knot Inc

a corporation organized under the Nevis Business Corporation Ordinance 1984, as amended, on the 22nd day of September, 2017, and I hereby request said corporation to issue the certificate for said shares of stock to and in the name of said **Dawn Bronson** or a nominee, and I do hereby authorize, empower and direct the Secretary of said corporation to register this transfer on the books of said corporation effective as of this 22nd day of September, 2017.

IN WITNESS WHEREOF, I have executed this instrument on the 22nd day of September, 2017.

_____
WITNESS

# ARTICLES OF INCORPORATION
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

**ARTICLE I   NAME**
The name of the corporation shall be: Special Situations Corp.

**ARTICLE II   PRINCIPAL OFFICE**
Principal **street** address
4230 S MacDill Avenue, Suite 2
Tampa, FL 33611

Mailing address, if different is:

**ARTICLE III   PURPOSE**
The purpose for which the corporation is organized is: Debt Collection

**ARTICLE IV   SHARES**
The number of shares of stock is: 200

**ARTICLE V   INITIAL OFFICERS AND/OR DIRECTORS**

Name and Title: Reinhardt Lange, Secretary
Address: 1000 Lafayette Blvd
Bridgeport, Connecticut 06604

Name and Title:
Address:

Name and Title:
Address:

Name and Title:
Address:

Name and Title:
Address:

Name and Title:
Address:

Name and Title: _____     Name and Title: _____

Address: _____     Address: _____

_____     _____

_____     _____

### ARTICLE VI   REGISTERED AGENT

The **name and Florida street address** (P.O. Box **NOT** acceptable) of the registered agent is:

Name: Vcorp Services, LLC

Address: 5011 South State Road 7, Suite 106

Davie, FL 33314

### ARTICLE VII   INCORPORATOR

The **name and address** of the Incorporator is:

Name: Reinhardt Lange

Address: 1000 Lafayette Blvd

Bridgeport, Connecticut 06604

### ARTICLE VIII   EFFECTIVE DATE:

Effective date, if other than the date of filing: _____ (OPTIONAL)
(If an effective date is listed, the date must be specific and cannot be more than five business days prior or 90 business days after the filing.)

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity

_____     10/06/2017
Required Signature/Registered Agent     Date

I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_____     10/06/2017
Required Signature/Incorporator     Date

CONFIDENTIAL     WWBR2_000677

# ARTICLES OF INCORPORATION
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

**ARTICLE I   NAME**
The name of the corporation shall be: BBSC Inc

**ARTICLE II   PRINCIPAL OFFICE**
Principal **street** address
4230 S MacDill Avenue, Suite 2
Tampa, FL 33611

Mailing address, if different is:

**ARTICLE III   PURPOSE**
The purpose for which the corporation is organized is: Debt Collection

**ARTICLE IV   SHARES**
The number of shares of stock is: 200

**ARTICLE V   INITIAL OFFICERS AND/OR DIRECTORS**

Name and Title: Reinhardt Lange, Secretary
Address: 1000 Lafayette Blvd
Bridgeport, Connecticut 06604

Name and Title:
Address:

Name and Title:
Address:

Name and Title:
Address:

Name and Title:
Address:

Name and Title:
Address:

Name and Title: _____     Name and Title: _____

Address: _____            Address: _____

_____                     _____

_____                     _____

### ARTICLE VI   REGISTERED AGENT

The **name and Florida street address** (P.O. Box **NOT** acceptable) of the registered agent is:

Name:     Vcorp Services, LLC

Address:  5011 South State Road 7, Suite 106

          Davie, FL 33314

### ARTICLE VII   INCORPORATOR

The **name and address** of the Incorporator is:

Name:     Reinhardt Lange

Address:  1000 Lafayette Blvd

          Bridgeport, Connecticut 06604

### ARTICLE VIII   EFFECTIVE DATE:

Effective date, if other than the date of filing: _____ (OPTIONAL)
(If an effective date is listed, the date must be specific and cannot be more than five business days prior or 90 business days after the filing.)

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity

_____   10/06/2017
Required Signature/Registered Agent        Date

I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_____   10/06/2017
Required Signature/Incorporator            Date

CONFIDENTIAL                                                        WWBR2_000679

# APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. Top Knot Inc
   (Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION," "Inc.," "Co.," "Corp.," "Inc," "Co," or "Corp.")

   Special Situations FLA Inc.
   (If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. Nevis
   (State or country under the law of which it is incorporated)

3. _____ (FEI number, if applicable)

4. 9/22/2017
   (Date of incorporation)

5. _____ (Date of duration, if other than perpetual)

6. _____
   (Date first transacted business in Florida, if prior to registration)
   (SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. 4230 S MacDill Avenue, Suite 2, Tampa, FL 33611
   (Principal office address)

   _____
   (Current mailing address, if different)

8. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)
   Name: Vcorp Services, LLC
   Office Address: 5011 South State Road 7, Suite 106
   Davie, Florida 33314
   (City)                                  (Zip code)

9. Registered agent's acceptance:
   Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

   _____
   (Registered agent's signature)

10. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

CONFIDENTIAL                                                                                             WWBR2_000680

11. Names and business addresses of officers and/or directors:

**A. DIRECTORS**

Chairman: _____

Address: _____
_____

Vice Chairman: _____

Address: _____
_____

Director: _____

Address: _____
_____

Director: _____

Address: _____
_____

**B. OFFICERS**

President: _____

Address: _____
_____

Vice President: _____

Address: _____
_____

Secretary: Reinhardt Lange

Address: 1000 Lafayette Blvd; Bridgeport, Connecticut 06604

Treasurer: _____

Address: _____

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

12. _____ [signature]
Signature of Director or Officer

The officer or director signing this document (and who is listed in number 11 above) affirms that the facts stated herein are true and that he or she is aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

13. Reinhardt Lange, Secretary
(Typed or printed name and capacity of person signing application)

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WWBR2_000681



CONFIDENTIAL

WWBR2_000682