**2101080000084**

Certificate of Amendment
Of The
Certificate of Incorporation
Of

**Top Knot, Inc. USA**

(Under Section 805 of the Business Corporation Law)

1. The name of the corporation is Top Knot, Inc. USA.

    If the name of the corporation has been changed, the name under which it was organized is:

2. The certificate of incorporation was filed with the Department of State on June 13, 2019.

3. The amendment effected by this certificate of amendment is as follows:

    Paragraph 6 of the Certificate of Incorporation relating to the **shareholder, officer** and **director** is hereby added to read in its entirety as follows:

    "6. John Kellas is the sole officer and director holding 100% of the shares of the entity Top Knot, Inc. USA."

4. The certificate of amendment was authorized by:

    \_\_\_\_ The vote of the board of directors followed by a vote of a majority of all outstanding shares entitled to vote thereon at a meeting of the shareholders.

    _X_ The vote of the board of directors followed by the unanimous written consent of the holders of all outstanding shares.

Dated: 1/6/2021

*[signature]*

John Kellas, President

**HW- Drawdown**

EXHIBIT 9

210108000084

Certificate of Amendment
Of The
Certificate of Incorporation
Of
**Top Knot, Inc. USA**

(Under Section 805 of the Business Corporation Law)

084

Customer Reference # 31632

**HW - Drawdown**

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   JAN 0 8 2021

TAX $ _____

BY: _____

093

RECEIVED 2021 JAN -7 PM 4: 04

2021 JAN -8 AM 10: 31 FILED