**CSC**
www.cscglobal.com

CSC- Ewing
Suite 160
100 Princeton South Corporate Center
Ewing, NJ 08628
800-631-2155
609-530-0877 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | N/A | **Order#** | 805272-5 |
| **Project Id :** | | **Order Date** | 06/12/2019 |

| | |
|---|---|
| **Entity Name :** | TOP KNOT, INC. USA |
| **Jurisdiction :** | NY-Department of State |
| **Request for :** | Incorporation/Formation Filing |
| **File date :** | 06/13/2019 |
| **Result :** | Filed |

Ordered by ANNA DOLAN at WHITE AND WILLIAMS

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Betty-Jean Konieczny
bkoniecz@cscinfo.com

The responsibility for verification of the files and determination of the information therein lies with the filing officer; we accept no liability for errors or omissions.

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS        ALBANY, NY 12231-0001

                            FILING RECEIPT
================================================================================
ENTITY NAME: TOP KNOT, INC. USA

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                   COUNTY: WEST
================================================================================
FILED:06/13/2019 DURATION:PERPETUAL   CASH#: ███████40  FILM #: ██████039
                                      DOS ID: █████07

     FILER:                                                EXIST DATE
     ------                                                ----------
     ANNA DOLAN/ WHITE AND WILLIAMS LLP                    06/13/2019
     1650 MARKET STREET
     ONE LIBERTY PLACE, SUITE 1800
     PHILADELPHIA, PA 19103

     ADDRESS FOR PROCESS:
     --------------------
     CORPORATION SERVICE COMPANY
     80 STATE STREET
     ALBANY, NY 12207-2543

     REGISTERED AGENT:
     -----------------



     STOCK:        1000  PV        .01




The corporation is required to file a Biennial Statement with the Department
of State every two years pursuant to Business Corporation Law Section 408.
Notification that the biennial statement is due will only be made via email
Please go to www.email.ebiennial.dos.ny.gov to provide an email address
to receive an email notification when the Biennial Statement is due.



================================================================================
SERVICE COMPANY: CORPORATION SERVICE COMPANY - 45       SERVICE CODE: 45 *


FEES       160.00                               PAYMENTS      160.00
           ------                                             ------
FILING     125.00                               CASH            0.00
TAX          0.00                               CHECK           0.00
CERT         0.00                               CHARGE          0.00
COPIES      10.00                               DRAWDOWN      160.00
HANDLING    25.00                               OPAL            0.00
                                                REFUND          0.00
================================================================================
███KK                                           DOS-1025 (04/2007)
```

CONFIDENTIAL                                              WWBR2_002064

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on June 14, 2019.

*Whitney Clark*

Whitney Clark
Deputy Secretary of State

Rev. 06/13

CONFIDENTIAL

190613000   039

NEW YORK STATE OF OPPORTUNITY.

**Division of Corporations, State Records and Uniform Commercial Code**

New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

CSC 45 Drawdown

# CERTIFICATE OF INCORPORATION
## OF
Top Knot, Inc. USA
*(Insert Corporate Name)*

Under Section 402 of the Business Corporation Law

FIRST: The name of the corporation is:

Top Knot, Inc. USA

SECOND: The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law. The corporation is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

THIRD: The county, within this state, in which the office of the corporation is to be located is: Westchester County

FOURTH: The corporation shall have authority to issue one class of shares consisting of 1000 common shares with $0.01 par value.

FIFTH: The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall mail a copy of any process accepted on behalf of the corporation is:

Corporation Service Company

80 State Street

Albany, NY 12207-2543

Dawn Bronson
*(Print or Type Name of Incorporator)*

X [signature]
*(Signature of Incorporator)*

1275 Fairhills Drive
*(Address of Incorporator)*

Ossining, NY 10562
*(City, State, Zip Code)*

DOS-1239-f (Rev. 03/17)
Page 1 of 2

190613000039

CONFIDENTIAL                                                                 WWBR2_002066

039

**CSC 45 Drawdown**

# CERTIFICATE OF INCORPORATION
## OF
### TOP KNOT, INC. USA

*(Insert Corporate Name)*

Under Section 402 of the Business Corporation Law

Filer's Name and Mailing Address:

**Anna Dolan**
*Name:*

**White and Williams LLP**
*Company, if Applicable:*

**1650 Market Street, One Liberty Place, Suite 1800**
*Mailing Address:*

**Philadelphia, PA 19103**
*City, State and Zip Code:*

Notes: Cust Ref #805272 KXK

1. This form was prepared by the New York State Department of State for filing a certificate of incorporation for a business corporation. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
2. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
3. The fee for filing a certificate of incorporation is $125. Checks should be made payable to the Department of State.
4. The incorporator must be a natural person, not a corporation or other business entity.
5. The filer may **not** be the corporation being formed.

For DOS use only

1CC

RECEIVED 2019 JUN 12 PH 4:05

2019 JUN 13 AM 8:42

**STATE OF NEW YORK DEPARTMENT OF STATE**
FILED JUN 13 2019
TAX $ _____
BY: 12

040

DOS-1239-f (Rev. 03/17)

Page 2 of 2

CONFIDENTIAL                                                   WWBR2_002067