**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

| Entity Details |
|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 3653491 | Incorporation Date / Formation Date: | 9/14/2020 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | TOP KNOT U.S.A., INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | UNITED CORPORATE SERVICES, INC. | | |
|---|---|---|---|
| Address: | 874 WALKER RD STE C | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19904 |
| Phone: | 877-734-8300 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status, Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov