1010 Grand Boulevard
Kansas City, MO 64106
800.545.6101

**Account Name** Top Knot Inc. USA
**Account Number** ████8
**Statement Period** May 1 - May 31, 2021
**Administrator** Kevin Holmes
816.860.7408
david.holmes@umb.com

------ manifest line ---------

Top Knot Inc. USA
1275 FAIRHILLS DRIVE
OSSINING NY 10562

Beware of fraud attempts. UMB Bank does not change its cash receipt instructions. If you receive any communication that indicates a change in payment instructions to UMB, please reach out immediately to your custody administrator or relationship manager

During times of change and volatility, the financial industry can see an increase in fraudulent activity. As fraud targeting financial organizations becomes more sophisticated, well-established workflows and systems must be in place to defend against these attempts. Visit *https://blog.umb.com/institutional-banking-guide-preventing-business-email-compromise/* about the latest business email compromise schemes and what your organization can do to stay protected.

 009161 1/3

1



You are receiving this statement as an account owner or as a trust beneficiary who is entitled to receive statements, or as a party who is authorized to receive statements. Please contact us if you have any questions regarding your statement, or if you have a change in address, phone number or other information. We have provided some definitions to assist you in understanding this statement.

## Definitions

**Acquisitions:** Purchase or receipt of assets, including money market funds.
**Asset Allocation:** A pie chart with percentages that shows the breakdown of the various asset classes in the account.
**Bond Maturities Schedule (in years):** Short - 1 to 3; Intermediate - 3 to 7; Long - 7 +
**Capital Gain / (Loss):** The difference between sale proceeds and cost basis. A gain or loss may be short or long depending on the holding period (long is greater than one year).
**Cash & Equivalents:** Cash, money market funds, treasury bills and other short-term investments.
**Corporate Actions:** Change due to mergers, stock splits or other capital reorganizations.
**Cost Basis:** Net cumulative cost of the asset. Often referred to as tax basis or tax cost. The original value of an asset for tax purposes (usually the purchase price), adjusted for sales, stock splits and purchases, including reinvestment of dividends and capital gains distributions. Tax lots for a security may be obtained from the account administrator or online.
**Dispositions:** Sale, maturity, or delivery of assets.
**Estimated Annual Income ("EAI"):** The gross income an asset is projected to earn annually, expressed in dollars – as of the date of the statement.
**Estimated Yield ("EY"):** When available, the EAI of the security divided by its market value. Note: EAI and EY are estimates; actual income and yield may be lower or higher. Estimates may also include return of principal or capital gains, which would render them overstated. EY reflects only the income generated by an investment; not changes in its price. These figures are based on mathematical calculations of available data. They have been obtained from information providers believed to be reliable, but no assurance can be made as to accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political and business conditions, they should not be relied upon for making investment, trading or tax decisions.
**Historical Value:** A bar graph depicting the value of the account over a period of time.
**Market Appreciation / Depreciation:** Change in market value from the end of the previous period to the end of the current period.
**Market Overview:** A summary of the activity that has occurred in the account during the current period and year-to-date.
**Market Value:** An approximation of the total worth of an asset, obtained by multiplying the unit price by the number of shares/units as of the statement date. The market value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors.

**Prices:** Prices are as of the statement date. For exchange traded securities, the price at which a security is traded. For non-exchange traded securities, the price is an estimate of the value of the asset. Prices are obtained from various sources and may be impacted by the frequency in which such prices are reported; therefore, such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "cost basis" where the price for such security is generally not available from a pricing source.
**Settlement Date:** The date a transaction is finalized.
**Statement of Accruals:** Dividends and interest that have accrued but have not been paid. When the statement date falls between the record date and a payment date of a dividend, the dividend is reported on the statement of accruals. Interest that has accrued on a bond from the last date of payment until the statement date is reported on the statement of accruals.
**Tax-exempt:** Refers to federal tax only. This information is believed to be accurate but may not apply to your particular tax situation. Consult your tax advisor.
**Trade Date:** The date at which an agreement was entered to conduct a transaction. Trade date statements have been adjusted for payables and receivables.
**Transaction Schedule:** Report of transactions made during the statement period.
**Unrealized Gain / (Loss):** A gain or loss that has not become actual; a realized gain or loss occurs when the asset is sold.
**Yield - Equities:** EAI divided by market value.
**Yield - Fixed Income:** Yield to maturity.

## Disclosures

**Duty to Make Timely Objections:** Please carefully examine this statement. Notify us in writing within 30 calendar days of mailing if you have any questions or objections, and report any errors to us. If you do not object, this statement shall be conclusive. In such case, UMB Financial Corporation, its affiliates, subsidiaries, officers and employees shall be forever released and discharged from any liability with respect to any claim arising out of any action or omission reflected on this statement. Where UMB serves as trustee, this statement provides sufficient information so that the trust beneficiary or representative will know of a potential claim against UMB as trustee or should have inquired into its existence. The trust beneficiary or representative is notified that the time allowed for commencing a proceeding against UMB as trustee is one year after the date the trust beneficiary or representative was mailed this statement, unless applicable law provides otherwise.
**Capital Gain / (Loss) Sections:** The information contained in this section(s) includes a gain or a loss summary of your account and is not a solicitation or a recommendation to buy or sell. It may however, be helpful for investment and tax planning strategies. It should not be relied upon for filing your tax return as it may not include all taxable transactions. UMB has provided cost basis information wherever possible for most securities. This data may have been provided by other third parties. Although efforts have been made to assure the quality of the information, data may be inaccurate or incomplete and is subject to change. UMB accepts no responsibility for its accuracy, completeness or timely updating. Consequently, all data information in the Capital Gain / (Loss) section(s) of this statement, should be confirmed with your records and your tax advisor.
**No Legal or Tax Advice:** We are not providing you any legal or tax advice. You are advised to seek whatever legal or tax advice you believe appropriate and to review the account agreement and applicable fee schedules in connection with the account.
**Changes in Your Situation or Objectives:** Contact us if changes occur in your financial situation or, where permitted, if you wish to alter investment objectives, impose reasonable restrictions on the management of the account assets or modify existing restrictions.
**Mutual Funds:** UMB may receive additional compensation for providing shareholder servicing and administrative services to mutual funds, as well as 12b-1 fees from various mutual funds in which UMB invests client assets. UMB does not receive compensation with respect to client assets in qualified retirement accounts, including Individual Retirement Accounts. These services may include sub-accounting, statement production, client communication, electronic transmission of orders and automated order-entry. The fees received by UMB range from 0.10% to 1% and are usually calculated as a percentage of the average daily balance of the account assets invested in such funds. These fees are in addition to account fees and are not reflected on account statements.





**Account Name:** Top Knot Inc. USA
**Account Number:** ███68
**Statement Period:** May 1 - May 31, 2021
Page 3 of 6

## Market Overview

|  | Current Period | Year-to-Date |
|---|---|---|
|  | 05/01/2021 | 01/01/2021 |
| **Beginning Market Value** | 26,064,730.80 | 16,169,694.89 |
| Net Contributions/Distributions |  |  |
|   Receipts | 25,197,040.00 | 56,809,040.00 |
|   Disbursements |  | (667,819.04) |
|   Expenses/Fees | (845.33) | (100,414.63) |
| Change in Market Value | (5,884,117.45) | (26,833,693.20) |
| **Ending Market Value** | 45,376,808.02 | 45,376,808.02 |

## Capital Gains

|  | Current Period | Year-to-Date |
|---|---|---|
| Short-term Capital Gain / (Loss) | 0.00 | 0.00 |
| Long-term Capital Gain / (Loss) | 0.00 | 0.00 |

## Asset Allocation



|  | Account Value Percentage | Market Value |
|---|---|---|
| Equity Securities | 100% | $45,376,901 |
| Money Markets and Cash | < 1% | -$93 |
|  | 100% | $45,376,808 |

## Historical Value





009161 2/3