

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

**NEW YORK**
**REGIONAL OFFICE**

July 6, 2021

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

      Re:    *U.S. Securities and Exchange Commission v. Bronson et al.,*
             12-CV-6421 (KMK)

Dear Judge Karas:

      I write in advance of the hearing scheduled for July 7, 2021 to provide the Court and all counsel with the exhibits I plan to use for the remote witnesses, Dr. Stuart Krost and Mr. Jordan Weinstein. Five exhibits are attached here. Two additional exhibits, which may be marked as exhibits 53 and 54 are already docketed at Docket Entry 201-3, Exs. 1, 2. Consistent with the Court's rules, the exhibits are redacted as required.

                                  Respectfully submitted,
                                  s/*Maureen Peyton King*