**From:** Edward Bronson <edwardlhv@gmail.com>
**Sent:** Thursday, August 2, 2018 11:42 AM
**To:** Gordon Kerr <Gordon@misickstanbrook.tc>
**Cc:** Tucci, Allen <Tuccia@whiteandwilliams.com>
**Subject:** Re: FW: Edward Bronson

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

From Dr. Krost.

On Thu, Aug 2, 2018 at 11:40 AM Gordon Kerr <Gordon@misickstanbrook.tc> wrote:

> From whom and where is the due diligence?
>
> **From:** Edward Bronson [mailto:edwardlhv@gmail.com]
> **Sent:** Thursday, August 02, 2018 11:34 AM
> **To:** Gordon Kerr
> **Cc:** Tucci, Allen
> **Subject:** Re: FW: Edward Bronson
>
> Gordon,
>
> *Redacted*
>
> EB
>
> On Thu, Aug 2, 2018 at 11:32 AM Gordon Kerr <Gordon@misickstanbrook.tc> wrote:
>
>> Please see below.
>>
>> *Redacted*
>>
>> Regards

EXHIBIT 8

CONFIDENTIAL                                                                                                    WWBR2_006877

Gordon

**From:** Blair MacPherson [mailto:blair@blairmacpherson.com]
**Sent:** Thursday, August 02, 2018 11:09 AM
**To:** Gordon Kerr
**Subject:** Edward Bronson

Hi Gordon, just following up on my email of yesterday. Can you confirm you represent Edward Bronson and he's capable of purchasing property in the Turks and Caicos Islands?

Regards,

Blair MacPherson

Owner/Broker

RE/MAX Real Estate Group

Turks and Caicos Islands

Cell - 6494325677

www.blairmacpherson.com

www.remax-realestategroup-tci.com

Twitter - @TCI

Sent from the Turks and Caicos Islands

   Voted #1 Island in the World

CONFIDENTIAL
WWBR2_006878