# Wire Transfer Outgoing Request

CHASE 

## Wire Transfer Sender Information

| Sender Name: | | | | |
|---|---|---|---|---|
| JORDAN WEINSTEIN | | | | |
| Account Name: CHELSEA M KROST OR JORDAN S WEINSTEIN | | Street Address: 10394 LA REINA RD | | |
| City: DELRAY BEACH | State: FL | Zip: 33446-2723 | Country: USA | Daytime Phone: ▮77 |
| Primary ID Type: Driver's License | ID Issuer: FL | ID Number: ▮490 | ID Issue Date: 07/19/2012 | ID Exp: 09/29/2020 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Comments: | | | | |

## Wire Transfer Information

| Request Date: 05/14/2019 | Request time: 02:47:51PM Eastern time | Effective date: 05/14/2019 | Wire Type: Domestic |
|---|---|---|---|
| Debit Account #: ▮77 | Debit Account Type: CPC CHECKING | Available balance: $44,595.36 | Wire Amount (US dollars): $40,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Checking | Wire Fee: $0 |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $40,000.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| Account Name: | | | | |
|---|---|---|---|---|
| V2iP INC | | | | |
| Street Address: | | Account Number: ▮14 | | |
| | | City: | State: | Zip: | Country: |
| Text to Recipient: | | | | |

## Receiving Bank Information

| Bank Name: | | | | |
|---|---|---|---|---|
| Wells Fargo Bank, National Association | | | | |
| Street Address: 1000 LOUISIANA ST | | Bank ABA/SWIFT Code: 121000248 | | |
| | | City: HOUSTON | State: TX | Zip: 77002-5008 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | | Intermediary Bank ABA: | | |
| | | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

SEC-WeinsteinJ-E-0000013