

SEC-WeinsteinJ-E-0000001



SEC-WeinsteinJ-E-0000002



**CJ & Ed**
Ed Bronson, Wifey, You

**Wifey**
Hi Ed! Merry Christmas Eve.

Just wanted to check in with you before we left tomorrow regarding the distribution. Should we expect that to be completed via my dads account today?

Thank you!
Chelsea
2:14 PM

**Ed Bronson**
Chelsea just sent your dad an update that I believe it will be Thursday. London has been slow because of holidays.
2:15 PM

Safe travels  2:15 PM

**Wifey**
Thank you, enjoy the Holidays.
2:38 PM

**Ed Bronson**



**CJ & Ed**
Ed Bronson, Wifey, You

**Ed Bronson**
You 2   2:39 PM

Tue, Jan 14

**Wifey**
Morning Ed, how are things moving along this week? Hoping for progress 🤞
9:55 AM

Wed, Jan 15

**Wifey**
Morning Ed, how are things moving along this week? Hoping for progress 🤞
10:29 AM

**Ed Bronson**
Yes   10:29 AM

**Wifey**
Any more detail for us than that?
10:31 AM

We are starting to get squeezed with time.
10:32 AM

SEC-WeinsteinJ-E-0000004



**CJ & Ed**
Ed Bronson, Wifey, You

**Ed Bronson**
Chelsea prefer not to detail in writing. I'm available to discuss today. It's moving along.
10:42 AM

**Wifey**
Ok sounds great – we will give you a ring for a quick update when we are together later today.
10:44 AM

Thu, Jan 16

Good morning Ed,

Please give me a call today for a quick update. Thanks!
9:02 AM

Mon, Mar 2

**Wifey**
Hey Ed,

Hope you had a great weekend.

Looking forward to an exciting week. I heard good things are

SEC-WeinsteinJ-E-0000005





**CJ & Ed**
Ed Bronson, Wifey, You

> Ed,
>
> I'd like to have a quick call with you, can you be available this evening for 5 min or so?
>
> Thanks,
> Jordan
> 4:34 PM

**Ed Bronson**
I have a 5 pm and and 6 calls. Lets do 10 AM tomorrow.
4:40 PM

> Sounds good, I will call tomorrow at 10
> 4:42 PM

Yesterday

**Wifey**
Hey Ed still available this morning?
10:06 AM

**Ed Bronson**
I will give you a call back tied up in two calls
10:23 AM

SEC-WeinsteinJ-E-0000007



**CJ & Ed**
Ed Bronson, Wifey, You

**Wifey**
Hey Ed still available this morning?  10:06 AM

**Ed Bronson**
I will give you a call back tied up in two calls  10:23 AM

Ok  10:27 AM

Eta on call?  5:45 PM

**Ed Bronson**
Day ran away from me. Will call tomorrow  6:53 PM

Ok  8:13 PM

**Wifey**
Great  8:13 PM

Today

Available anytime  3:34 PM

**Ed Bronson**
4.15 I will call you  3:52 PM

SEC-WeinsteinJ-E-0000008