## V2IP Escrow Account Ledger

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/16/2016 | Wire Receipt from Stuart B Krost | $100,000.00 | $100,000.00 |
|  | Incoming Wire Fee | ($20.00) | $99,980.00 |
| 11/21/2016 | Wire Payment to Jon Kellas re CUBV | ($2,500.00) | $97,480.00 |
|  | Outgoing Wire Fee | ($20.00) | $97,460.00 |
| 11/21/2016 | Wire Payment to Mark Zouvas re CUBV | ($7,500.00) | $89,960.00 |
|  | Outgoing Wire Fee | ($20.00) | $89,940.00 |
| 11/23/2016 | Wire Payment to V2IP re GYOG | ($10,000.00) | $79,940.00 |
|  | Outgoing Wire Fee | ($20.00) | $79,920.00 |
| 12/01/2016 | Wire Payment to V2IP re DRUS | ($20,000.00) | $59,920.00 |
|  | Outgoing Wire Fee | ($20.00) | $59,900.00 |
| 12/12/2016 | Wire Payment to V2IP re NEWC | ($20,000.00) | $39,900.00 |
|  | Outgoing Wire Fee | ($20.00) | $39,880.00 |
| 12/28/2016 | Wire Payment to V2IP re SIML | ($30,000.00) | $9,880.00 |
|  | Outgoing Wire Fee | ($20.00) | $9,860.00 |
| 1/5/2017 | Wire Receipt from Stuart B Krosk | $200,000.00 | $209,860.00 |
|  | Incoming Wire Fee | ($20.00) | $209,840.00 |
| 1/6/2017 | Wire Payment to V2IP re DKGR | ($9,000.00) | $200,840.00 |
|  | Outgoing Wire Fee | ($20.00) | $200,820.00 |
| 1/13/2017 | Wire Payment to V2IP re FEBC | ($45,000.00) | $155,820.00 |
|  | Outgoing Wire Fee | ($20.00) | $155,800.00 |
| 1/18/2017 | Wire Payment to V2IP re HBRM | ($20,000.00) | $135,800.00 |
|  | Outgoing Wire Fee | ($20.00) | $135,780.00 |
| 1/24/2017 | Wire Payment to V2IP re BRZL | ($30,000.00) | $105,780.00 |
|  | Outgoing Wire Fee | ($20.00) | $105,760.00 |
| 1/30/2017 | Wire Payment to V2IP re MVES | ($50,000.00) | $55,760.00 |
|  | Outgoing Wire Fee | ($20.00) | $55,740.00 |
| 2/2/2017 | Wire Payment to V2IP re ZMRK | ($50,000.00) | $5,740.00 |
|  | Outgoing Wire Fee | ($20.00) | $5,720.00 |
| 2/15/2017 | Wire Receipt from Stuart B Krost | $100,000.00 | $105,720.00 |
|  | Incoming Wire Fee | ($20.00) | $105,700.00 |
| 2/17/2017 | Wire Payment to V2IP re NEWC | ($50,000.00) | $55,700.00 |
|  | Outgoing Wire Fee | ($20.00) | $55,680.00 |
| 2/27/2017 | Wire Payment to V2IP re NEWC | ($50,000.00) | $5,680.00 |
|  | Outgoing Wire Fee | ($20.00) | $5,660.00 |
| 3/13/2017 | Check Received from Physicians Solutions, LLC | $25,000.00 | $30,660.00 |
| 3/13/2017 | Check Received from Stuart B. Krost | $25,000.00 | $55,660.00 |
| 3/13/2017 | Wire Payment to V2IP re BRZL | ($55,000.00) | $660.00 |
|  | Outgoing Wire Fee | ($20.00) | $640.00 |
| 3/27/2017 | Wire Receipt from Jordan S Weinstein o/b/o Stuart B. Krost | $40,000.00 | $40,640.00 |
|  | Incoming Wire Fee | ($20.00) | $40,620.00 |
| 3/28/2017 | Wire Payment to V2IP re NEWC | ($40,000.00) | $620.00 |
|  | Outgoing Wire Fee | ($20.00) | $600.00 |

EXHIBIT 50

SEC v Bronson EXHIBIT G  3-23-21  E. Bronson

SEC-RachmuthP-E-0004948

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 4/5/2017 | Wire Receipt from Stuart B Krost | $250,000.00 | $250,600.00 |
|  | Incoming Wire Fee | ($20.00) | $250,580.00 |
| 4/5/2017 | Wire Receipt from Jordan S Weinstein o/b/o Stuart B. Krost | $14,000.00 | $264,580.00 |
|  | Incoming Wire Fee | ($20.00) | $264,560.00 |
| 4/6/2016 | Wire Payment to V2IP re NEWC | ($100,000.00) | $164,560.00 |
|  | Outgoing Wire Fee | ($20.00) | $164,540.00 |
| 4/12/2017 | Wire Payment to V2IP re NRTI | ($100,000.00) | $64,540.00 |
|  | Outgoing Wire Fee | ($20.00) | $64,520.00 |
| 4/19/2016 | Wire Payment to V2IP re AVOP | ($60,000.00) | $4,520.00 |
|  | Outgoing Wire Fee | ($20.00) | $4,500.00 |

SEC-RachmuthP-E-0004949