AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   7:12-cv-06421-KMK |
| Edward Bronson, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Bronson                                                                                       .

Date:    July 6, 2021

/s/ Ryan D. O'Quinn
*Attorney's signature*

Ryan D. O'Quinn (RO-8528)
*Printed name and bar number*
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

*Address*

ryan.oquinn@dlapiper.com
*E-mail address*

(305) 423-8553
*Telephone number*

(305) 675-0807
*FAX number*