

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

July 6, 2021

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:   *U.S. Securities and Exchange Commission v. Bronson et al.,*
           12-CV-6421 (KMK)

Dear Judge Karas:

    I write in response to John Kellas's eleventh-hour request to appear at tomorrow's hearing telephonically. Mr. Kellas is a critical witness and Commission counsel intends to question Mr. Kellas about numerous exhibits, which poses a challenge in a virtual setting. Mr. Kellas was ordered to appear at this hearing on May 28, 2021, and as such, had ample time to procure a doctor's note. DEs 245, 251. Yet, he did not. Consequently, Commission counsel opposes Mr. Kellas's request to appear at the hearing telephonically.

                                  Respectfully submitted,
                                  s/*Maureen Peyton King*