UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BRONSON, E-LIONHEART ASSOCIATES, LLC d/b/a FAIRHILLS CAPITAL<br><br>Defendants,<br><br>and<br><br>FAIRHILLS CAPITAL, INC.<br><br>Relief Defendant. | **Case No. 7:12-cv-06421-KMK** |

## NOTICE OF PAYMENT

Please take notice that on August 13, 2021, payment was remitted via certified mail to Plaintiff on behalf of Defendant, Edward Bronson, in the amount of two hundred thousand dollars ($200,000) as partial payment of the judgment in this matter. A true and correct copy of the instrument, a letter accompanying same, and the certified mail return receipt collectively are attached hereto as Exhibit "A." As shown in the certified mail return receipt, Plaintiff has accepted and received this payment on behalf of Defendant Bronson. (*See* Ex. A).

Dated: August 16, 2021                                Respectfully submitted,

                                                                                */s/ Ryan D. O'Quinn*
                                                                                DLA Piper LLP (US)
                                                                                Ryan D. O'Quinn (FBN: 513857)
                                                                                ryan.oquinn@dlapiper.com
                                                                                200 S. Biscayne Blvd., Suite 2500
                                                                                Miami, FL 33131
                                                                                305.423.8500 (t)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this August 16, 2021, a true and correct copy of the foregoing was furnished by via CM/ECF upon all counsel of record and entitled parties.

/s/ *Ryan D. O'Quinn*
Ryan D. O'Quinn