| | |
|---|---|
| **From:** | ryan.oquinn@dlapiper.com |
| **To:** | paul@paresq.com; King, Maureen P. |
| **Cc:** | Weinstock, Judith |
| **Subject:** | RE: smail SEC v. Bronson |
| **Date:** | Monday, August 16, 2021 4:22:46 PM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for checking in. I am offsite today conducting witness interviews in another matter. I understand that Mr. Bronson was not able to pay the full balance owed on Friday. I believe he was able to send several hundred thousand dollars with the expectation of two additional payments this week to cure the deficiency.  I do not believe the Court has executed the order, but I am ready to engage Ryan Stumphauzer to begin liquidation of the Designated Securities to ensure Mr. Bronson is in compliance.  I will be in interviews tomorrow, but can step out for a call at your convenience to discuss.

 --- Originally sent by kingmp@sec.gov on Aug 16, 2021 7:05 AM ---

This
  message was sent securely using

Zix
®

Good
  morning. Consistent with the Court's Order, DE 272, please confirm
  whether Mr. Bronson timely paid the $1.1 million due on August
  13.  Thank you.

Maureen
 Peyton King

Senior
  Trial Counsel

Securities
  and Exchange Commission

New
  York Regional Office

Brookfield Place

200
  Vesey Street, Room 400

New
  York, N.Y 10281

(212)
  336-0111

PRIVILEGED
  & CONFIDENTIAL: This email message (including any attachments)
  from the United States Securities and Exchange Commission is for

the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.

This message was secured by

Zix

®
.

This message was secured by Zix(R).