**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD BRONSON, E-LIONHEART ASSOCIATES, LLC d/b/a FAIRHILLS CAPITAL <br><br> Defendants, <br><br> and <br><br> FAIRHILLS CAPITAL, INC. <br><br> Relief Defendant. | **Case No. 7:12-cv-06421-KMK** |

## <u>REVISED NOTICE OF PAYMENT</u>

Please take notice that the payment that was remitted via certified mail to Plaintiff on behalf of Defendant, Edward Bronson, in the amount of six hundred thousand dollars ($600,000.00) as partial payment of the judgment in this matter on August 27, 2021 was rejected (the "Rejected Payment"). As a result, Defendant Edward Bronson herby files this revised notice advising the Court that a new payment was executed on September 13, 2021 in the amount of six hundred thousand dollars ($600,000.00) to the Plaintiff via the SEC Enforcement Collections website Pay.gov – Pay.gov tracking ID: 26TAK2G0 – as a replacement to the Rejected Payment.

Dated: September 13, 2021             Respectfully submitted,

**DLA Piper LLP (US)**

*/s/ Ryan D. O'Quinn*
Ryan D. O'Quinn (FBN: 513857)
ryan.oquinn@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
305.423.8500 (t)

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on September 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or plaintiff either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ryan D. O'Quinn*
Ryan D. O'Quinn