UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BRONSON, E-LIONHEART ASSOCIATES, LLC d/b/a FAIRHILLS CAPITAL<br><br>Defendants,<br><br>and<br><br>FAIRHILLS CAPITAL, INC.<br><br>Relief Defendant. | **Case No. 7:12-cv-06421-KMK** |

## NOTICE

Please take notice that Defendant Bronson was unable to make the September 13, 2021 payment due pursuant to this Court's Order [D.E. 272] because Mr. Bronson lacks the financial capacity to comply. *See Paramedics Electromedicina Comercial, Ltda. v. GE Medical Systems Information Technologies, Inc.*, 369 F.3d 645 (2d Cir. 2004) ( "A contemnor may be excused from the burden of a civil contempt sanction if it lacks the financial capacity to comply; but the contemnor bears the burden of production in raising such a defense.").

Dated: October 18, 2021

Respectfully submitted,

*/s/ Ryan D. O'Quinn*
DLA Piper LLP (US)
Ryan D. O'Quinn (FBN: 513857)
ryan.oquinn@dlapiper.com
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
305.423.8500 (t)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this October 18, 2021, a true and correct copy of the foregoing was furnished by via CM/ECF upon all counsel of record and entitled parties.

>*/s/ Ryan D. O'Quinn*
>Ryan D. O'Quinn