

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

NEW YORK
REGIONAL OFFICE

October 18, 2021

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**MEMO ENDORSED**

      Re:   *U.S. Securities and Exchange Commission v. Bronson et al.,*
            12-CV-6421 (KMK)

Dear Judge Karas:

    I write to provide a status update on Defendant Edward Bronson's ("Bronson") payment plan. As background, Bronson's court ordered payment plan essentially requires Bronson to pay $1.1 million per month toward the Judgment. DE 272. Bronson made the first payment, due August 13, late, and did not make the second or third payments, due on the 13th of September and October.

    The Court's Order, DE 272, requires that "if Bronson fails to make any payment in full by the due date, Bronson will immediately inform the Court and the Commission and the Court shall hold a hearing on the defaulted payment plan as soon as possible to determine appropriate sanctions." Even so, Bronson has made no filing about the October 13 payment.[1]

    After Bronson missed the September 13 payment the Commission moved for further relief and sanctions. DE 282. Bronson opposed the Commission's motion, claiming he would "achiev[e] compliance within the next 30 days." DE 284. But he has not. Thus, Bronson continues to show contempt for the Court's Order.

                                         Respectfully submitted,
                                         s/*Maureen Peyton King*

Mr. Bronson is to respond to this letter
by 10/21/22.

So Ordered.

*[signature]*
10/18/21

---

[1] Commission counsel reached out to Bronson's counsels to check the payment status. One counsel was unaware of a payment and has not provided a further update and the other counsel did not respond.