



MEMO ENDORSED

# KANIUK LAW OFFICE, P.A.

1615 S. Congress Ave, Suite 103, Delray Beach, FL 33445 (Phone: 561-292-2127)
Email: ron@kaniuklawoffice.com / Website: www.kaniuklawoffice.com

Ronald Scott Kaniuk, Esq.--Admitted in Florida, New York and New Jersey

November 17, 2021

**BY: Electronic Filing via CM-ECF**
Honorable Kenneth M. Karas, United States District Court Judge
United States District Court for the Southern District of New York
Honorable Charles L. Brieant, Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

RE:   SEC vs. Bronson, Et Al (Case Number 12-CV-6241 6421 (KMK))

Dear Judge Karas:

Our Firm represents Dr. Stuart Krost, Jordan Weinstein and Chelsea Krost in the above-referenced action.

The Court has previously entered an Order scheduling a Hearing for November 22, 2021 (the "Hearing") and directing that Dr. Krost and Mr. Weinstein appear.

We are writing to request that their appearance of my clients be excused for the following reasons:

1. Both of my clients and I are located in Florida.
2. Dr. Krost has a full schedule of patients scheduled for appointments on that date and requiring his appearance would cause great disruption to him and his patients. He has attempted to reschedule these matters but has been unable to do so.
3. The Hearing is scheduled for the Monday of Thanksgiving Week and travel is cost-prohibitive.
4. The Hearing is on the issue of Mr. Bronson's ability (or inability) to pay the Consent Judgment, and neither Dr. Krost nor Mr. Weinstein can offer any testimony, documents, or information with regard to these issues. As such, their appearance and testimony is unnecessary and counterproductive.

Based on the foregoing, we would respectfully request that the appearance of my clients be excused for a later date.

Please contact me with any questions concerning this matter.

Sincerely,

*Ronald Scott Kaniuk, Esq.*

cc: All Registered CM-ECF Users

Denied. First, this request is late, just two business days before the hearing. Second, testimony often requires witnesses to make adjustments to their professional and personal schedules. Third, it is not cost prohibitive to fly from Florida to New York. The Court's search found several round trip fairs at between $133 and $155. Fourth, there are compelling reasons to resolve, once and for all, Mr. Bronson's compliance (or lack of compliance) with the Court's orders and so the Court will not move the hearing.

So Ordered.

11/18/21