UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br>EDWARD BRONSON and<br>E-LIONHEART ASSOCIATES, LLC,<br>d/b/a FAIRHILLS CAPITAL,<br><br>                    Defendants<br><br>  -  and  -<br><br>FAIRHILLS CAPITAL, INC.<br><br>                 Relief Defendant. | Case No. 7:12-cv-06421-KMK |

## NOTICE OF DEFENDANTS' MOTION FOR RELIEF FROM
## THE FINAL JUDGMENT FILED JUNE 8, 2017

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the papers, pleadings, and prior proceedings herein, Defendant Edward Bronson respectfully moves for the following relief: that this Court vacate its March 27, 2017 Order (ECF No. 178) of disgorgement, injunction from committing further violations of § 5 of the Securities Exchange Act of 1933, and injunction from trading in penny stocks pursuant to Federal Rule of Civil Procedure 60(b)(4), (5), and (6).

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

2

Dated: November 22, 2021                                  Respectfully submitted,

                                                          */s/ Ryan D. O'Quinn*
                                                          Ryan D. O'Quinn (FBN: 513857)
                                                          DLA Piper LLP (US)
                                                          200 South Biscayne Boulevard
                                                          Suite 2500
                                                          Miami, Florida 33131
                                                          (305) 423-8553

                                                          *Attorney for Defendant*
                                                          *Edward Bronson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this November 22, 2021, a true and correct copy of the foregoing was furnished by via CM/ECF upon all counsel of record and entitled parties.

                                                          */s/ Ryan D. O'Quinn*
                                                          Ryan D. O'Quinn