UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,   12 Civ. 6421 (KMK)

v.

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL

                              Defendants

and

FAIRHILLS CAPITAL, INC.

                            Relief Defendant.

## [~~PROPOSED~~] ORDER

**WHEREAS** the Court entered an Amended Final Judgment against Defendant Edward Bronson ("Bronson") and Defendant E-Lionheart on August 28, 2017 ("Judgment");

**WHEREAS** the Court held Bronson in civil contempt for failing to pay the Judgment on January 19, 2021;

**WHEREAS** the Court ordered Bronson to cure his contempt by paying the Judgment in full pursuant to the following payment plan: (i) $1.1 million dollars by August 13, 2021 credited first to the penalties and postjudgment interest thereon owed by Bronson and E-Lionheart as set forth in the Judgment; and (ii) ten (10) installments of $1.1 million dollars per month are due on the 13th of each month: September 13, 2021, October 13, 2021, November 13, 2021, December 13, 2021, January 13, 2022, February 13, 2022, March 13, 2022, April 13, 2022, May 13, 2022 and June 13, 2022; and (iii) a final payment including the balance of

prejudgment interest and disgorgement and all post-judgment interest (which shall continue to accrue until payment is made in full) on July 13, 2022;

**WHEREAS** Bronson made the August 13, 2021 payment late and made no further payments;

**WHEREAS** the Court held a hearing concerning Bronson's continued contempt and ability to pay what he owes on November 22, 2021; and

**WHEREAS** at the November 22nd hearing the Court found that Bronson **failed** to meet the burden of demonstrating a complete inability to pay;   **IT IS HEREBY**

**ORDERED** that Bronson pay $500,000 by December 23, 2021 and resume the Court-ordered payment schedule by paying $1.1 million per month on January 13 and on the 13th of each month thereafter until Bronson has paid the Judgment in full.  The final payment shall include the balance of prejudgment interest, disgorgement and all post-judgment interest (which shall continue to accrue until payment is made in full). Prior to the due date of this payment, counsel for Bronson shall contact the Commission to obtain the proper payoff amount due.

**FURTHER ORDERED** that, on or before each payment is due Bronson must file proof of each payment along with proof of funds available to make the payment on ECF.

**FURTHER ORDERED** that if Bronson fails to pay and/or fails to file proof of payment on ECF by the due date of the payment along with proof of funds available to make the payment the U.S. Marshals Service for the Southern District of New York shall take Bronson into custody for his civil contempt.  To effectuate Bronson's arrest, the U.S. Marshals Service may enter his residence at 1275 Fairhills Drive, Ossining, New York 10562 or any other residence or place of business where Bronson is located.  The U.S. Marshals Service may use such force as reasonably necessary to arrest Bronson and take him into custody.

- 2 -

**FURTHER ORDERED** that Mr. Bronson shall remain incarcerated until he complies with the Orders of this Court.

**FURTHER ORDERED** that Bronson will make each payment to the Securities and Exchange Commission using Pay.gov: https://pay.gov/public/form/start/39621196 or wire transfer.

**FURTHER ORDERED** that Bronson shall surrender his passport to his counsel, Ryan O'Quinn, forthwith. Mr. O'Quinn shall file proof that he has custody of Bronson's passport on ECF by November 26, 2021.

Dated:  White Plains, New York

November 24        , 2021

_____
UNITED STATES DISTRICT JUDGE