UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BRONSON, E-LIONHEART ASSOCIATES, LLC d/b/a FAIRHILLS CAPITAL<br><br>Defendants,<br><br>and<br><br>FAIRHILLS CAPITAL, INC.<br><br>Relief Defendant. | **Case No. 7:12-cv-06421-KMK** |

## NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE that pursuant to the order entered by this Court on November 24, 2021, [D.E. 302] (the "Order"), undersigned counsel herby files this notice of compliance confirming that Defendant Edward Bronson has surrendered his passport to undersigned counsel and undersigned counsel is in possession of Mr. Bronson's passport.

Dated: November 26, 2021               Respectfully submitted,

                                       */s/ Ryan D. O'Quinn*
                                       DLA Piper LLP (US)
                                       Ryan D. O'Quinn (FBN: 513857)
                                       ryan.oquinn@dlapiper.com
                                       200 S. Biscayne Blvd., Suite 2500
                                       Miami, FL 33131
                                       305.423.8500 (t)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this November 26, 2021, a true and correct copy of the foregoing was furnished by via CM/ECF upon all counsel of record and entitled parties.

*/s/ Ryan D. O'Quinn*
Ryan D. O'Quinn