**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BRONSON, E-LIONHEART ASSOCIATES, LLC d/b/a FAIRHILLS CAPITAL<br><br>　　　　　　　　Defendants,<br><br>　　　　　　and<br><br>FAIRHILLS CAPITAL, INC.<br><br>　　　　　　　　Relief Defendant. | **Case No. 7:12-cv-06421-KMK** |

**NOTICE OF PAYMENT AND NOTICE OF COMPLIANCE**

Please take notice that on this December 23, 2021, payment was remitted electronically via the Pay.gov website to Plaintiff, Securities and Exchange Commission, on behalf of Defendant, Edward Bronson, in the amount of two hundred thousand dollars ($200,000.00) as partial payment of the judgment in this matter and in compliance with the Order entered on November 24, 2021 [D.E. 302] (the "Order"). A true and correct copy of the payment confirmation from Pay.gov is attached hereto as **Exhibit A.** As reflected in said payment confirmation, Plaintiff has accepted and received this payment on behalf of Defendant Bronson. (*See* Ex. A).

This payment, along with the two partial payments of $150,000.00 each received by the Securities and Exchange Commission on December 15, 2021 and December 22, 2021, respectively constitute a total payment by Defendant Bronson in the amount of five hundred thousand dollars ($500,000.00) in full compliance of the Order, which required said payment by December 23, 2021.

Dated: December 23, 2021

Respectfully submitted,

*/s/ Ryan D. O'Quinn*
DLA Piper LLP (US)
Ryan D. O'Quinn (FBN: 513857)
ryan.oquinn@dlapiper.com
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
305.423.8500 (t)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this December 23, 2021, a true and correct copy of the foregoing was furnished by via CM/ECF upon all counsel of record and entitled parties.

*/s/ Ryan D. O'Quinn*
Ryan D. O'Quinn