

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

January 14, 2022

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re: *U.S. Securities and Exchange Commission v. Bronson et al.,*
12-CV-6421 (KMK)

Dear Judge Karas:

I write on behalf of the United States Securities and Exchange Commission ("Commission") regarding Defendant Edward Bronson's ("Bronson") failure to comply with the Court's November 24, 2021 Order. DE 301. The Order required Bronson to pay the Commission $1,100,000 by January 13, 2022 and file proof of payment and available funds on ECF or face arrest for his contempt. DE 301. The Order provides that "[i]f Bronson fails to pay and/or fails to file proof of payment on ECF by the due date of the payment along with proof of funds available to make the payment the U.S. Marshals Service for the Southern District of New York shall take Bronson into custody for his civil contempt." *Id.*

So far, Bronson has paid only $300,000. DE 310. Yesterday, he filed a notice stating that he "scheduled" an $800,000 payment for January 21st without any proof of funds. DE 311. Accordingly, Commission counsel provided the U.S. Marshals with the Court's Order to take Bronson into custody. DE 301.

Respectfully submitted,

*Maureen Peyton King*

Mr. Bronson is to respond to this letter by 12 pm on 1/18/22.
No extensions.

So Ordered.
1/14/22