

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

January 29, 2022

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

  Re: *U.S. Securities and Exchange Commission v. Bronson et al.,*
    12-CV-6421 (KMK)

Dear Judge Karas:

  The United States Securities and Exchange Commission ("Commission") has received confirmation that the $380,000 and $20,000 payments Defendant Edward Bronson ("Bronson") sent to the Commission on January 28, 2022 have cleared. Thus, the $1.1 million installment payment has now been made.

          Respectfully submitted,

          *Maureen Peyton King*