AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission<br>v.<br>Edward Bronson<br><br>*Defendant* | ) ) ) Case No. 12-cv-6421-KMK ) ) ) ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Edward Bronson                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

Violating a Court Order to pay $1.1 million dollars to the SEC by February 13th and provide proof of such payment pursuant to an installment payment plan.

Date:   02/14/2022                              _____
                                                                 *Issuing officer's signature*

City and state:   _____        _____
                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____                              _____<br>                                                                *Arresting officer's signature*<br><br>                                                             _____<br>                                                                *Printed name and title* |