AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of New York



| Securities and Exchange Commission | ) |
|---|---|
| v. | ) |
| Edward Bronson | ) Case No. 12-cv-6421-KMK |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Edward Bronson
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:
Violating a Court Order to pay $1.1 million dollars to the SEC by February 13th and provide proof of such payment pursuant to an installment payment plan.

Date:   02/14/2022
_____
*Issuing officer's signature*

City and state:   White Plains, NY
Kenneth M. Karas, USDJ
*Printed name and title*

### Return

This warrant was received on *(date)* 2/14/2022, and the person was arrested on *(date)* 2/16/2022
at *(city and state)* Ossining, NY

Date: 2/16/2022

P3229
*Arresting officer's signature*

CHRISTOPHER POTOK, DUSM
*Printed name and title*