UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br>        v.<br><br>EDWARD BRONSON, *et al.*,<br><br>                              Defendants. | Case No. 12-CV-6421 (KMK)<br><br>MOTION SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

At the Conference on March 2, 2022, the Court adopted the following schedule:

Defendant Bronson shall file his motion March 9, 2022. The SEC shall file its response by March 16, 2022. Defendant Bronson shall reply by March 21, 2022.

The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    March 7, 2022
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE