UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>EDWARD BRONSON and<br>E-LIONHEART ASSOCIATES, LLC,<br>d/b/a FAIRHILLS CAPITAL,<br><br>      Defendants,<br>- and -<br><br>FAIRHILLS CAPITAL, INC.<br><br>      Relief Defendant. | Case No. 7:12-cv-06421-KMK |

### NOTICE OF DEFENDANTS' MOTION FOR RELIEF FROM THE CONTEMPT JUDGMENT AND SUBSEQUENT ORDERS

PLEASE TAKE NOTICE that upon the accompanying Supplemental Memorandum of Law and the papers, pleadings, and prior proceedings herein, Defendant Edward Bronson respectfully moves for the following relief: that this Court vacate its Contempt Judgment (ECF No. 223) and subsequent incarceration orders (ECF Nos. 302, 321 & 326) pursuant to Federal Rule of Civil Procedure 60(b)(4) and (b)(6).

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Dated: March 9, 2022

    Respectfully submitted,

    /s/ *Ryan D. O'Quinn*
    Ryan D. O'Quinn (FBN: 513857)
    DLA Piper LLP (US)
    200 South Biscayne Boulevard
    Suite 2500
    Miami, Florida 33131
    (305) 423-8554

    *Attorney for Defendant*
    *Edward Bronson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this March 9, 2022, a true and correct copy of the foregoing was furnished by via CM/ECF upon all counsel of record and entitled parties.

    */s/ Ryan D. O'Quinn*
    Ryan D. O'Quinn