

**DLA Piper LLP (US)**
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131-5341
www.dlapiper.com

Ryan O'Quinn
ryan.oquinn@dlapiper.com
T  305.423.8553
F  305.675.0807

May 2, 2022

*VIA ECF*

Hon. Kenneth M. Karas
United States District Judge
South District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

**Re:**   *Sec. & Exch. Comm'n v. Edward Bronson, et al.*
         **Case No. 7:12-cv-06421-KMK – Letter Motion**

Dear Judge Karas:

Defendant Edward Bronson respectfully files this Letter Motion to withdraw his *Letter Motion for Order Directing the Liquidating Trustee to Execute the Sale of Securities*, dated April 26, 2022. ECF No. 342.  This motion is now moot as the offeror has withdrawn his offer with regards to the sale of securities of Top Knot, Inc.

Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Ryan D. O'Quinn*
Ryan D. O'Quinn


cc: All Counsel of Record via ECF