UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BRONSON and<br>E-LIONHEART ASSOCIATES, LLC,<br>d/b/a FAIRHILLS CAPITAL,<br><br>                Defendants<br><br>  -  and  -<br><br>FAIRHILLS CAPITAL, INC.<br><br>                Relief Defendant. | Case No. 7:12-cv-06421-KMK |

## DEFENDANT EDWARD BRONSON'S NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, Defendant Edward Bronson ("Mr. Bronson"), appeals to the United States Court of Appeals for the Second Circuit from each and every part of the district court's following orders:

(1) Order, dated and entered January 27, 2022 (ECF No. 318), granting the SEC's Letter Motion to Compel Filed January 27, 2022 (ECF No. 317);

(2) Order, dated and entered January 28, 2022 (ECF No. 321), terminating the SEC's Letter Motion to Compel Filed January 28, 2022 (ECF No. 320);

(3) Order, dated and entered February 14, 2022 (ECF No. 326), granting the SEC's Letter Motion to Compel Filed February 14, 2022 (ECF No. 325);

(4) Opinion & Order, dated and entered April 29, 2022 (ECF No. 347), denying the Motion for Relief from the Final Judgment Filed June 8, 2017 (ECF No. 300) and the Motion for Relief from the Contempt Judgment and Subsequent Orders (ECF No. 336).

Dated: Miami, Florida
         May 6, 2022

        Respectfully submitted,

        DLA PIPER LLP (US)

        <u>/s/ *Ryan D. O'Quinn*</u>
        Ryan D. O'Quinn (FBN: 513857)
        DLA Piper LLP (US)
        200 South Biscayne Boulevard
        Suite 2500
        Miami, Florida 33131
        (305) 423-8554

        *Attorney for Defendant*
        *Edward Bronson*