UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                            Plaintiff,<br><br>v.<br><br>EDWARD BRONSON, E-LIONHEART<br>ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL<br><br>                                                            Defendants<br><br>and<br><br>FAIRHILLS CAPITAL, INC.<br><br>                                                            Relief Defendant. | 12 Civ. 6421 (KMK) |

### APPLICATION FOR POST-JUDGMENTWRIT OF GARNISHMENT

Pursuant to Rule 69 of the Federal Rules of Civil Procedure and New York law, including NY CPLR §§ 5201, et seq., the Securities and Exchange Commission ("SEC") hereby requests the issuance of a writ of garnishment to collect disgorgement, prejudgment interest and post-judgment interest thereon owed to the SEC by the Defendant in connection with the Judgment issued in the above captioned matter and directed to: Matthews Acquisitions LLC c/o Bruce Bent.

Based on information and belief, the SEC believes that the Garnishee has possession, custody or control of property in which Defendant Edward Bronson has a non-exempt interest.

In support of its application, the SEC would show the Court as follows:

    Defendant's Name:        Edward Bronson

    Defendant's SSN:         XXXX-XX-2117

|  |  |
|---|---|
| Defendant's Last Known Address: | Westchester, NY. |
| Date of Judgment: | August 28, 2017 |
| Nature of Judgment: | Final Judgment |

Judgment Amounts:

    Disgorgement (joint and several): $10,000.271.79

    Prejudgment interest: $2,328,131.96

    Penalty: $150,000[1]

    Joint and Several Disgorgement and Interest outstanding as of September 2, 2022: $9,964,670.09

Interest rate as of September 6, 2022: 1.23%.

Dated September 8, 2022

                              By:    s/ *Maureen Peyton King*
                                          Maureen Peyton King
                                          Senior Trial Counsel
                                          Securities and Exchange Commission
                                          New York Regional Office
                                          100 Pearl Street, Suite 20-100
                                          New York, New York 10004
                                          Tel.:   212-336-0111
                                          E-mail:  kingmp@sec.gov

---

[1] The penalty has been satisfied.