PAUL A. RACHMUTH
ATTORNEY AT LAW
265 SUNRISE HIGHWAY, STE. 1515
ROCKVILLE CENTRE, NEW YORK  11570
TELEPHONE: (516) 330-0170    PAUL@PARESQ.COM    FACSIMILE: (516) 543-0516

---

September 12, 2022

<u>VIA ECF FILING</u>

Hon. Kenneth M. Karas,
United States District Court Judge
District Court, Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:    <u>Securities and Exchange Commission v. Bronson *et al.* 12-cv-6421 (KMK)</u>

Dear Hon. Karas,

Today I have filed with the Court an unopposed motion to withdraw as Mr. Bronson's Counsel (Docket No. 379). I moved to withdraw because I believe I am unable to represent Mr. Bronson with respect to the Securities and Exchange Commission's pending motions for writs of garnishment.

Mr. Bronson has asked me to write the Court requesting that when scheduling a return date for the SEC's motions and their hearing dates, he be given sufficient time to interview and retain replacement counsel.

Thank you for your consideration.

Respectfully Submitted,

*/s/ Paul Rachmuth*
Paul Rachmuth

CC: Securities and Exchange Commission (via ECF Filing)