UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>                                                    Plaintiff,<br><br>v.<br><br>EDWARD BRONSON, E-LIONHEART<br>ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL<br><br>                                                    Defendants<br><br>and<br><br>FAIRHILLS CAPITAL, INC.<br><br>                                                    Relief Defendant. | 12 Civ. 6421 (KMK) |

## GARNISHEE'S ANSWER

Having been served with a Writ of Garnishment, Garnishee hereby files this Answer.

This Answer is being prepared by:

Name:  David J. Creagan

Title:  Partner & General Counsel

Address:  White and Williams LLP
              1650 Market Street, Suite 1800
              Philadelphia, PA  19103

Phone Number:  215-864-7032

## DESCRIPTION OF GARNISHEE

Garnishee files this Answer as:      (check those that apply)

☐      An Individual

      ☐      In my personal capacity.

      ☐      Doing business as,
      Name of d/b/a:
      Address:

      Phone Number:

☒      A Partnership; and Garnishee is:

      ☐      A general partner

      ☒      A limited partner
      Name of Partnership:  White and Williams LLP

      Address: 1650 Market Street, Suite 1800, Philadelphia, PA  19103

      Phone Number: 215-864-7000

☐      A Corporation

      Name of Corporation:

      Address:

      Phone Number:

      State of Incorporation:

      Principal Place of Business:

## PRIOR GARNISHMENTS

For each previous garnishment involving Defendant which is still in effect, please provide the following information:

Date of Garnishment: N/A

Property Subject to the Previous Garnishment: N/A

## DESCRIPTION OF PROPERTY IN WHICH DEFENDANT HAS AN INTEREST

Garnishee states as follows: (check those that apply)

☒ From the date the Writ of Garnishment was served on September 21, 2022 to the date this Answer is being prepared, Garnishee has not had possession, custody or control of any property in which Defendant has an interest.

☐ Garnishee has possession, custody or control of the following non-earnings property in which Defendant has an interest:

Description of Property:

Approximate Value of Property:
Defendant's Interest in the Property:

☐ Garnishee anticipates having future possession, custody or control of the following non-earnings property in which Defendant will have an interest:

Description of Property:

Approximate Value of Property:

Defendant's Interest in the Property:

When Defendant Will Acquire An Interest in the Property:

29601788v.1

☐    As Defendant's employer, Garnishee has possession, custody or control of earnings in which Defendant has an interest:

Defendant is paid: ☐ weekly, ☐ bi-weekly, ☐ semi-monthly, ☐ monthly

Date Previous Pay Period Ended:

Date Current Pay Period Ends:

    a.    Defendant's Gross Pay:

    b.    Federal Income Tax Withheld:

    c.    F.I.C.A. Withheld:

    d.    State Income Tax Withheld:

    e.    Total Withholdings (b + c + d):

    f.    Net Earnings (a e):

## GARNISHEE'S CLAIMS

Garnishee makes the following claims:    (check those that apply)

☐    Garnishee makes the following claim of exemption on behalf of Defendant:

Amount of Exemption:

Nature of Exemption:

☒    Garnishee has the following objections, defenses, or set-offs against the United States' right to seek garnishment of Defendant's non-exempt property in Garnishee's possession, custody or control (describe nature of objection, defense, or set-off):

**Defendant owes Garnishee for past-due invoices for legal services provided to Defendant. Should Garnishee ever receive all or part of the amount owed, Garnishee at that time will exercise its right of set-off under New York and Federal law.**

4

29601788v.1

# CERTIFICATE OF SERVICE

Garnishee certifies that it has served a copy of this Answer on both the:

☒ Defendant: Edward Bronson

    Date of Service: October 6, 2022

    Method of Service: First-Class Mail (include address if service was by mail)

    Edward Bronson
    515 East 72nd Street, Suite 11B
    New York, NY 10021

☒ Defendant: E-Lionheart Associates, LLC d/b/a Fairhills Capital, Inc.

    Date of Service: October 6, 2022

    Method of Service: First-Class Mail (include address if service was by mail)

    E-Lionheart Associates, LLC d/b/a Fairhills Capital, Inc.
    c/o Edward Bronson
    515 East 72nd Street, Suite 11B
    New York, NY 10021

    and

    Fairhills Capital, Inc.
    245 Main Street, #390
    White Plains, NY 10601

☒ Plaintiff: Securities and Exchange Commission

    Date of Service: October 6, 2022

    Method of Service: First Class Mail (include address if service was by mail)

    Maureen Peyton King
    Senior Trial Counsel
    Securities and Exchange Commission
    New York Regional Office
    100 Pearl Street, Suite 20-100
    New York, NY 10004

## OATH

Garnishee declares under penalty of perjury that the foregoing is true and correct.

Date: October 5, 2022

Signature: _[signature]_

Subscribed and sworn before me this 5th day of October 20 22.

_[signature]_ (SEAL)

Notary Public

Commission Expires: _____

> Commonwealth of Pennsylvania - Notary Seal
> DONNA MARIA KOBRYN - Notary Public
> Philadelphia County
> My Commission Expires November 15, 2024
> Commission Number 1087359

29601788v.1