PAUL A. RACHMUTH
ATTORNEY AT LAW
265 SUNRISE HIGHWAY, STE. 1515
ROCKVILLE CENTRE, NEW YORK  11570
TELEPHONE: (516) 330-0170    PAUL@PARESQ.COM    FACSIMILE: (516) 543-0516

---

October 9, 2022

<u>VIA ECF FILING</u>

Hon. Kenneth M. Karas,
United States District Court Judge
District Court, Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:     Securities and Exchange Commission v. Bronson *et al.* 12-cv-6421 (KMK)
        <u>Bronson Status of Attorney Retention</u>

Dear Hon. Karas:

This letter is to provide the Court with the status of Mr. Bronson's efforts to retain replacement counsel, as discussed at the September 20, 2022 case conference.

Mr. Bronson, through telephone calls made by his wife, has reached out to at least 7 private attorneys/law firms plus the American Civil Liberties Union.  At least one private attorney has expressed interest in representing Mr. Bronson in this matter and is currently reviewing Mr. Bronson's file.  Other attorneys stated they would review the matter after the Jewish holidays (Sukot ends with Simchat Torah on October 18).  I hope to have additional information for the status conference scheduled for October 13, 2022, at 1pm.


Respectfully Submitted,

*/s/ Paul Rachmuth*
Paul Rachmuth


CC: Securities and Exchange Commission (via ECF Filing)