MEMO ENDO[RSED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL,

    Defendants,

and

FAIRHILLS CAPITAL, INC.

    Relief Defendant.

12 Civ. 6421 (KMK)

*Motion is granted.*

*So Ordered.*

*KMK*
*10/17/22*

## UNOPPOSED MOTION TO WITHDRAW ATTORNEY APPEARANCE FOR DEFENDANT EDWARD BRONSON

1. Defendant, Edward Bronson, by and through his undersigned counsel and pursuant to Local Civil Rule 1.4, respectfully seeks to withdraw the appearance of Paul A. Rachmuth, Esq. ("Counsel") as counsel for Mr. Bronson. In support of this motion, Mr. Bronson states as follows:

2. Mr. Bronson had been represented by Ryan Quinn, Esq. of DLA Piper, LLP (US) until Mr. Quinn's withdrawal as counsel for the Defendants on June 26, 2022.

3. On September 9, 2022, Plaintiff, the Securities and Exchange Commission (the "SEC") moved for writs of garnishment against certain third parties, including Counsel.

4. In the SEC's motion, it alleges certain actions by Counsel (which both Mr. Bronson and Counsel deny) and requests the Court conduct a hearing at which Counsel would be called to testify.

5. Given the allegations against Counsel and the prospect that Counsel may be called as a witness in the hearing on the SEC's motion, Counsel believes he cannot represent Mr. Bronson in this matter. *See* Declaration of Paul A. Rachmuth, annexed hereto as Exhibit A.

6. Counsel has conferred with Maureen P. King, counsel for the SEC, who has indicated that the SEC does not take any position on Counsel's withdrawal as counsel for Mr. Bronson.

7. Mr. Bronson has begun his efforts to retain replacement counsel to represent him in this matter.

8. Wherefore, Mr. Bronson, respectively requests this Court grant this motion and enter an Order withdrawing the appearance of Mr. Rachmuth and grant such other relief as it deems just and appropriate.

Dated: Rockville Centre, New York
September 12, 2022

Respectfully submitted,

/s/ Paul A. Rachmuth
Paul A. Rachmuth (PR-1566)
paul@paresq.com
265 Sunrise Highway, Ste. 1515
Rockville Centre, NY 11570