UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,    12 Civ. 6421 (KMK)

v.

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL,

                              Defendants,

and

FAIRHILLS CAPITAL, INC.

                              Relief Defendant.

## PROPOSED ORDER FOR WITNESSES TO APPEAR AT THE DECEMBER 12, 2022 HEARING

**WHEREAS** the Court scheduled an evidentiary hearing on December 12, 2022 to make findings concerning certain conduct the SEC brought to the Court's attention in connection with the removal of the Court-appointed liquidation trustee; transfers and sales of securities subject to the Court's Liquidation Order, Dkt. 278; additional income generated by Defendant Edward Bronson but not paid to the SEC in partial satisfaction of its Judgment; and potential asset dissipation;

**IT IS HEREBY ORDERED** that the following persons will appear prepared to testify at the United States District Courthouse, 300 Quarropas Drive, White Plains, New York at 10:30 a.m. E.T. on December 12, 2022: Edward Bronson; Dawn Bronson; John Kellas; Bruce Bent; Paul Strickland; Paul Rachmuth in his personal capacity, for his law firm, and for Phase 1 Operations, Inc.; Marc Pena, Esq.; and Ryan Stumphauzer.

**IT IS FURTHER ORDERED** that the SEC will serve this Order on each of the witnesses ordered to appear. The SEC and Counsel for Mr. Bronson will confer to the extent necessary to arrange for Mr. Bronson's appearance at the December 12, 2022 Hearing.

Dated:  White Plains, New York

                            , 2022

                            UNITED STATES DISTRICT JUDGE

                            _____