

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

November 7, 2022

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re: *U.S. Securities and Exchange Commission v. Bronson et al.,*
          12-CV-6421 (KMK)

Dear Judge Karas:

    The Securities and Exchange Commission ("SEC") writes to express its view on remote appearances by witnesses in the December 12, 2022 Hearing ("Hearing"). Given how central the following witnesses are to the Hearing and the expected volume of exhibits, the SEC strongly prefers the in person appearance of witnesses including: Mr. Bronson, Ms. Bronson, Mr. Kellas, and Mr. Rachmuth. The SEC does not object to the remote appearance of: Mr. Pena, Mr. Stumphauzer and Mr. Strickland.

                        Respectfully submitted,
                        *s/ Maureen Peyton King*