UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                Plaintiff,   12 Civ. 6421 (KMK)

v.

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL

                                Defendants

and

FAIRHILLS CAPITAL, INC.

                                Relief Defendant.

## GARNISHEE'S ANSWER

Having been served with a Writ of Garnishment, Garnishee hereby files this Answer.

This Answer is being prepared by:

Name: Mark E. Pena

Title: President

Address: 4230 So. MacDill Ave Suite I Tampa FL 33611

Phone Number: 813-251-1289

LpenA001@tampabay.rr.com

## DESCRIPTION OF GARNISHEE

Garnishee files this Answer as: (check those that apply)

- ☐ An Individual
    - ☐ In my personal capacity.
    - ☐ Doing business as.

        Name of d/b/a:

        Address:

        Phone Number:

- ☐ A Partnership; and Garnishee is:
    - ☐ A general partner
    - ☐ A limited partner

    Name of Partnership:

    Address:

    Phone Number:

- ☒ A Corporation

    Name of Corporation: Law Office of Max E. Pena P.A.

    Address: 4230 So. MacDill Ave Suite I Tampa FL 33611

    Phone Number: 813-251-1289

    State of Incorporation: Florida

    Principal Place of Business: Tampa Florida

## PRIOR GARNISHMENTS

For each previous garnishment involving Defendant which is still in effect, please provide the following information:

Date of Garnishment:

Property Subject to the Previous Garnishment:

## DESCRIPTION OF PROPERTY IN WHICH DEFENDANT HAS AN INTEREST

Garnishee states as follows: (check those that apply)

☒ From the date the Writ of Garnishment was served to the date this Answer is being prepared, Garnishee has not had possession, custody or control of any property in which Defendant has an interest.

☐ Garnishee has possession, custody or control of the following non-earnings property in which Defendant has an interest:

Description of Property:

Approximate Value of Property:

Defendant's Interest in the Property:

☐ Garnishee anticipates having future possession, custody or control of the following non-earnings property in which Defendant will have an interest:

Description of Property:

Approximate Value of Property:

Defendant's Interest in the Property:

When Defendant Will Acquire An Interest in the Property:

☐ As Defendant's employer, Garnishee has possession, custody or control of earnings in which Defendant has an interest:

Defendant is paid: ☐ weekly, ☐ bi-weekly, ☐ semi-monthly, ☐ monthly

Date Previous Pay Period Ended:

Date Current Pay Period Ends:

    a.    Defendant's Gross Pay:

    b.    Federal Income Tax Withheld:

    c.    F.I.C.A. Withheld:

    d.    State Income Tax Withheld:

    e.    Total Withholdings (b + c + d):

    f.    Net Earnings (a - e):

## GARNISHEE'S CLAIMS

Garnishee makes the following claims:    (check those that apply)

☐ Garnishee makes the following claim of exemption on behalf of Defendant:

    Amount of Exemption:

    Nature of Exemption:

☐ Garnishee has the following objections, defenses, or set-offs against the United States' right to seek garnishment of Defendant's non-exempt property in Garnishee's possession, custody or control (describe nature of objection, defense, or set-off):

## CERTIFICATE OF SERVICE

Garnishee certifies that it has served a copy of this Answer on both the:

☒ Defendant Edward Bronson only

Date of Service: 11/7/2022

Method of Service: (include address if service was by mail)
c/o Attorney Paul Rachmuth @ paul@paresq.com
Plaintiff at: Maureen P. King / Kingmp@sec.gov

**OATH**

Garnishee declares under penalty of perjury that the foregoing is true and correct.

Date: 10/27/2022

Signature: [signed]

Subscribed and sworn before me this 27th day of October 20 22

[signed]
Notary Public

Commission Expires: 8/13/26

produces FLDL for identification

(SEAL)
MICHAEL J. SNIVELY
Commission # HH 254231
Expires August 13, 2026

personally
Date: 10-13-2022
Time: 9:55 AM
Served By: CPS/352/196

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff, | 12 Civ. 6421 (KMK)

v.

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL

                                    Defendants

and

FAIRHILLS CAPITAL, INC.

                                Relief Defendant.

## POST-JUDGMENT WRIT OF GARNISHMENT

TO:                       Garnishee, The Law Office of Mark E. Pena, P.A.
                              4230 So. MacDill Ave. Suite I
                              Tampa, FL 33611

REQUESTED BY:    Securities and Exchange Commission
                              Maureen Peyton King
                              Securities and Exchange Commission
                              New York Regional Office
                              100 Pearl Street, Suite 20-100
                              New York, New York 10004

ISSUED PURSUANT TO:    Rule 69 of the Federal Rules of Civil Procedure and applicable
                                        state law, NY CPLR 5201, et seq.

    The Court having reviewed the Plaintiff's Application for Post-Judgment Writ of Garnishment, hereby issues this Post-Judgment Writ of Garnishment.  The Securities and Exchange Commission ("SEC") has information indicating that Garnishee may have possession, custody or control of property in which Defendant has a nonexempt interest.

9226994698

## NOTICE AND INSTRUCTIONS TO DEFENDANT

A judgment was rendered against you in *SEC v. Bronson, et al.* (Case No. 12-cv-6421-KMK) in the United States District Court for the Southern District of New York. The SEC is seeking to collect the ordered disgorgement and prejudgment interest and post-judgment interest thereon through this Writ of Garnishment to The Law Office of Mark E. Pena, P.A., the Garnishee, by attempting to take your property, which may include a portion of your earnings, from the Garnishee.

## DEFENDANT'S RIGHT TO OBJECT TO THE GARNISHEE'S ANSWER AND REQUEST A HEARING

You may notify the Clerk of the Court and the SEC, whose address appears above, in writing, within ten days after service of this notice upon you, why a wage garnishment Order should not be issued, and thereafter the application for the Order will be set down for a hearing of which you will receive notice of the date, time and place.

If you do not notify the Clerk of the Court and the SEC in writing of your objection, you will receive no further notice and the Order will be signed by the Judge as a matter of course. To object or apply for a reduction, file a written statement of your objection or reasons for a reduction with the Clerk of the Court and send a copy to the creditor's attorney or directly to the creditor if there is no attorney.

## EXEMPTIONS

Personal property exempt from garnishment in New York may be found at NY CPLR § 5205.

Date this ____ day of _____, 2022.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
UNITED STATES DISTRICT COURT