UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,                                                   No. 12-CV-6421 (KMK)

     -v-                                                  ORDER

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS
CAPITAL,

              Defendants,

    and

FAIRHILLS CAPITAL, INC.

             Relief Defendant.

KENNETH M. KARAS, United States District Judge:

The Court will hold an evidentiary hearing in this Action on Monday, December 12, 2022 at 10:30 AM EST.  (*See* Order (Dkt. No. 418).)  The Court has ordered several individuals to appear as witnesses at that time.  (*Id.*)  The SEC does not object to three of those witnesses testifying remotely: Mr. Pena, Mr. Stumphauzer and Mr. Strickland.  (*See* Dkt. No. 419.)

For those witnesses appearing remotely, the Court provides a Microsoft Teams meeting invitation below:

> Join Hearing
> Meeting ID: 297 578 990 835
> Passcode: jBNdqW
> Download Teams | Join on the web

The Court orders that all witnesses appearing remotely join at the scheduled start of the hearing, use a device that allows for video conferencing, and mute their lines after joining.

The Court further orders that all witnesses appearing remotely provide a phone number where they may be reached by the Court on the day of the hearing.

For avoidance of doubt, all other witnesses ordered to appear must appear in-person at Courtroom 521 of the Hon. Charles L. Breiant Jr. United States Courthouse, 300 Quarropas St., White Plains, NY 10601.  Any individual ordered to testify who fails to appear without any legal justification may be subject to a finding of civil contempt.

SO ORDERED.

Dated:   December 6, 2022
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge

2