

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

December 6, 2022

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:    *U.S. Securities and Exchange Commission v. Bronson et al.,*
             12-CV-6421 (KMK)

Dear Judge Karas:

    The SEC does not object to Mr. Bent's request to appear remotely at the December 12, 2022 hearing, DE 429.

             Respectfully submitted,
             *s/ Maureen Peyton King*