UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                                                    Case No. 12-cv-6421 (KMK)

                                        *Plaintiff*,

                v.

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL,

                                *Defendants*,

                and

FAIRHILLS CAPITAL, INC.,

                                *Relief Defendant*.
-------------------------------------------------------------------------X

<u>Plaintiff's Exhibit List</u>

| Exhibit # | Description | No Objection[1] | Objection |
|---|---|---|---|
| 1 | Payment Plan Order, DE 272 | X | |
| 2 | Liquidating Trustee Order, DE 278 | X | |
| 3 | 6.7.22 Letter Kellas to UMB removing T'ee | X | |
| 4 | Rachmuth Escrow March 2022 | | Requires witness testimony |
| 5 | Rachmuth Escrow April 2022 | | Requires witness testimony |
| 6 | Rachmuth Escrow May 2022 | | Requires witness testimony |
| 7 | Rachmuth Escrow June 2022 | | Requires witness testimony |
| 8 | Rachmuth Escrow July 2022 | | Requires witness testimony |

---

[1]         Defendant is not objecting to the authenticity of any exhibits.

| Exhibit # | Description | No Objection[1] | Objection |
|---|---|---|---|
| 9 | Rachmuth Escrow August 2022 | | Requires witness testimony as to each transaction |
| 10 | Rachmuth Escrow August 2022 | | Requires witness testimony |
| 11 | Rachmuth Escrow September 2022 | | Requires witness testimony |
| 12 | Rachmuth Escrow September 2022 | | Requires witness testimony |
| 13 | Settlement Order 4/21/21 memorializes settlement 3/12/22. | X | |
| 14 | Share Issuance Notice asks for conversion on 2/22/22 | X | |
| 15 | Issuance Resolution 2/22/22 | X | |
| 16 | Stock Purchase Agreement 2/22/22 | X | |
| 17 | Irrevocable Stock Power 2/22/22 | X | |
| 18 | VGLS Issuance Opinion 2/24/22 | X | |
| 19-62 | SPAs post incarceration | | Defendant objects to Exhibits 47 and 53 -62 absent proof that the stock referenced in those agreements is derived from debt assigned to by Top Knot to Phase |
| 63 | Summary of post incarceration SPAs TK | X | |
| 64 | Summary of post incarceration SPAs Phase 1 | | Requires admission of the underlying exhibits into evidence |
| 65 | Summary of All TK and Phase 1 Sales | | Requires admission of the underlying exhibits into evidence |
| 66 | Summary Exhibit of Funds Received into Rachmuth's Accounts | | Requires admission of the underlying exhibits into evidence |

| Exhibit # | Description | No Objection[1] | Objection |
|---|---|---|---|
| 67 | Wells Fargo Summary Analysis | X | |
| 68 | February Top Knot Wells Fargo -7379 Statements | X | |
| 69 | March Top Knot Wells Fargo -7379 Statements | X | |
| 70 | April Top Knot Wells Fargo -7379 Statements | X | |
| 71 | May Top Knot Wells Fargo -7379 Statements | X | |
| 72 | June Top Knot Wells Fargo -7379 Statements | X | |
| 73 | July Top Knot Wells Fargo -7379 Statements | X | |
| 74 | August Top Knot Wells Fargo -7379 Statements | X | |
| 75 | September Top Knot Wells Fargo -7379 Statements | X | |
| 76 | Tulane Payments | X | |
| 77 | Funds Marked FBO Top Knot | X | |
| 78 | Transfers Rachmuth to a Bronson Mexico account OBO | | Requires admission of the underlying documents and transactions |
| 79 | Checks and Wires | | Requires admission of the underlying documents and transactions |
| 80 | Funds Sent from Matthews to Rachmuth | | Requires admission of the underlying documents and transactions |

| | | | |
|---|---|---|---|
| 81 | Summary of Funds from Rachmuth | | |
| 84 | Exhibit 84 Top Knot Acct. x7379 Credits from Matthews Development February (Post Incarceration) through September 2022 | X | |
| 85 | Exhibit 85 Summary of Matthews Receipts at Ex 84 to Top Knot Account x7379 by Month | X | |
| 86 | Kellas email admits TKI was not in compliance with Court Order. | X | |
| 87 | Summary of TKI Account Spending | X | |
| 88 | Disbursements to or on behalf of Dawn Bronson | X | |
| 89 | Checks Written on Top Knot Account x7379 February 28, 2022 - August 30, 2022 | X | |
| 90 | Wires to Dawn Bronson | X | |
| 91 | Wires to Dawn Bronson's Webster Account | X | |
| 92 | Mortgage Payments | X | |
| 93 | Tulane Payments by Top Knot | X | |
| 94 | Transfers to Rachmuth | X | |

| 95 | Travel Expenses | X | |
| 96 | DLA Piper Expenses | X | |
| 97 | Transfer to Pena | X | |
| 98 | Transfers to TD Bank | X | |
| 99 | Withdrawals | X | |
| 100 | Retail | X | |
| 101 | Transfers to Selkirk @ US Bank | X | Requires witness testimony |
| 102 | Transfers to pawn shop | X | |
| 103 | Dining and drinks | X | |
| 104 | Payments to Archer & Greiner | X | |
| 105 | Pet Expenses | X | |
| 106 | Wire to Coast to Coast | X | |
| 107 | Miscellaneous Internet, Apple and Gaming Expenses | X | |
| 109 | Transfer to V2IP | | |
| 110 | Global Settlement Agreement between Green Horseshoe LLC, Endicott Holdings Group LLC, Top Knot Inc. USA, Edward Bronson and Mark E. Pena. | X | |
| 111 | Email Referencing a Top Knot Sub Account | | Requires witness testimony |
| 112 | HLLK Rachmuth notarized irrevocable transfer | X | |
| 113 | SPRV Stock Power | X | |

| | | | |
|---|---|---|---|
| | | | Hearsay; Fed R. Evid. 602; Inadmissible speculation about the knowledge and intent of a third party. |
| 114 | Strickland letter re shares in UMB | | |
| 115 | Property in Bahamas and $$$ | | Hearsay; Requires witness testimony; Inaccurate description of exhibit |
| 116 | Stem Capital Account reference | | Requires witness testimony |
| 117 | Transfer of shares from TKI to Phase 1 | | Relevance; Hearsay; Requires witness testimony Inaccurate description of exhibit. |
| 118 | Rachmuth escrow 399k for TKI | | Requires witness testimony. |
| 119 | Bahamas $350,000 to TKI | | Requires witness testimony |
| 120 | Funds to Stem | | Requires witness testimony |
| 121 | PDGO Phase 1 Agreement $41k per month | | Requires witness testimony |
| 122 | SPRV Phase 1 Agreement $20k per month | | Requires witness testimony |
| 123 | Phase 1 is Rachmuth's entity | X | |
| 124 | Ed Loan | | Requires witness testimony |
| 125 | Bronson ledger | | Requires witness testimony |
| 126 | Top Knot Escrow | | Requires witness testimony |
| 127 | Selkirk credits | | Requires witness testimony |
| 128 | Payment in trust | | Hearsay;  Requires witness testimony |

| | | | |
|---|---|---|---|
| 129 | 15% to Stem | | Requires testimony of a witness |
| 130 | UMB account statement as of 5/31/21 (ahead of June 2021 hearing) | X | |
| 134 | Letter re: Bronson's view on issues | X | |
| 135 | DE 424-2 | X | |
| 136 | Same as Defendant's Ex. G. | X | |
| 137 | MacCallen Formation (labeled ex 151) | X | |
| 138 | DMV 912 | X | |
| 139 | DFT 802 | X | |
| 140 | Top Knot Account x 7379 10/22 | X | |
| 141 | Top Knot Account x 7379 11/22 | X | |
| 142 | Scottsdale Account for V2IP 11/22 | X | |