Case 7:12-cv-06421-KMK   Document 437   Filed 12/14/22   Page 1 of 1



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

December 14, 2022

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:    *U.S. Securities and Exchange Commission v. Bronson et al.,*
             12-CV-6421 (KMK)

Dear Judge Karas:

    I write to provide a status update on a potential agreement in the above referenced matter. The parties are conferring and have made significant progress. We expect to be able to propose a resolution by January 6, 2023 if not sooner. We will update the Court if this timing changes. As part of any proposed agreement, the SEC will request that the Bronsons acknowledge their understanding of the obligations to which they agree before the Court under oath.

                                  Respectfully submitted,
                                  *s/ Maureen Peyton King*