**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

                                                  **Plaintiff,**  | **12 Civ. 6421 (KMK)**

                **v.**

**EDWARD BRONSON, E-LIONHEART**
**ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL**

                                          **Defendants**

        **and**

**FAIRHILLS CAPITAL, INC.**

                                  **Relief Defendant.**

**PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**
**AND ASSET FREEZE TO PREVENT THE BRONSONS' DISSIPATION OR**
**LIQUIDATION OF ASSETS WITHOUT OVERSIGHT**

Pursuant to Fed. R. Civ. P. 65(b), plaintiff United States Securities and Exchange Commission (the "Commission") seeks a temporary restraining order and asset freeze to prevent the Bronsons from dissipating or liquidating their assets including but not limited to the Cadillac Escalade without oversight.[1]

---

[1] The SEC would not object to a reasonable carve out for an alternative vehicle, upon appropriate proof of the reasonable cost of such vehicle.  However, the SEC reserves the right to seek the repayment of any such carve out depending on the outcome of further discovery and accountings the SEC will request in connection with the pending contempt proceedings.

Dated:      New York, New York      <u>s/ Maureen Peyton King</u>
               December 30, 2022         Maureen Peyton King
                                          Senior Trial Counsel
                                          Securities and Exchange Commission
                                          New York Regional Office
                                          100 Pearl Street, Room 20-100
                                          New York, NY 10004
                                          Tel.: 212-336-0111
                                          E-mail: kingmp@sec.gov