UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                          Plaintiff,<br><br>v.<br><br>EDWARD BRONSON, E-LIONHEART<br>ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL<br><br>                                                          Defendants<br><br>and<br><br>FAIRHILLS CAPITAL, INC.<br><br>                                                          Relief Defendant. | 12 Civ. 6421 (KMK) |

**DECLARATION OF MAUREEN PEYTON KING IN SUPPORT OF
PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER
AND ASSET FREEZE TO PREVENT THE BRONSONS' DISSIPATION
OR LIQUIDATION OF ASSETS WITHOUT OVERSIGHT**

I, Maureen Peyton King, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am a senior trial counsel employed by the Securities and Exchange Commission (the "Commission") in its New York Regional Office. I am a member of the bar of this Court. I am personally familiar with the facts set forth herein.

2. I make this declaration in support of the Commission's application for a temporary restraining order and asset freeze to prevent the Bronson's dissipation or liquidation of their assets without oversight.

3. Bronson still owes the SEC around $10 million in disgorgement based on its Judgment in this case.

4. Neither Bronson nor his wife have accounted for at least $340,000 of the $2 million withdrawn from Top Knot in cash or transferred to other accounts between mid-February

and September 2022.  *See* King Decl. Exs. 4-7 below.

5. Accompanying this declaration is a series of exhibits.  The following table lists the exhibits, each of which is a true and correct copy of the document described, with redactions as required and for sensitive information (if any).

| Exhibit # | Description |
| --- | --- |
| 1 | December 28, 2022 emails between Mr. Burstein and SEC counsel. |
| 2 | Excerpt from Nov. 22, 2021 contempt hearing. |
| 3 | Excerpt of Dec. 12, 2022 hearing tr. |
| 4 | Dec.12, 2022 hearing ex. 99 reflecting $157,537.48 in withdrawals. |
| 5 | Dec.12, 2022 hearing ex. 90 reflecting $108,550 in wires to Dawn Bronson. |
| 6 | Dec.12, 2022 hearing ex. 91 reflecting $62,900 in wires to Dawn Bronson's Webster bank account. |
| 7 | Dec. 12, 2022 hearing ex. 109 reflecting $13,500 in transfers to V2IP, Inc. |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at New York, New York, on December 30, 2022.

<span style="text-align:right;">s/*Maureen Peyton King*<br>Maureen Peyton King</span>