# JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
  PENNSYLVANIA, AND VIRGINIA

110 E 59TH STREET
22ND FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

January 10, 2023

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re:   *SEC v. Edward Bronson, et al.*, Case No. 12-cv-6421 (KMK)

Dear Judge Karas:

Pursuant to Rule I.A of Your Honor's Individual Rules of Practice, we write respectfully to request permission to respond to the issues raised in Mrs. Bronson's letter of January 9, 2023 (Dkt. No. 452) by submitting an *ex parte* letter to the Court via FedEx by January 13, 2023. The purpose of this request is to avoid unnecessarily prejudicing the Bronsons by revealing confidential information to the SEC. We will serve the Bronsons with a copy of our letter to the Court by email to Mrs. Bronson, or other means directed by the Court.

Respectfully yours,

/s/ Emily C. Finestone

Emily C. Finestone

cc:   All Counsel of Record (via ECF)
      Dawn Bronson (on behalf of herself and Edward Bronson) (via email)