# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
    PENNSYLVANIA, AND VIRGINIA

**MEMO ENDORSED**

110 E 59TH STREET
22ND FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

January 12, 2023

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re:   *SEC v. Edward Bronson, et al.*, Case No. 12-cv-6421 (KMK)

Dear Judge Karas:

I write to provide notice to the Court that we are informed that the Bronsons are in the process of retaining substitute counsel for our firm, and that the retention should be finalized by no later than Monday, January 16, 2023, if not tomorrow. We therefore expect to be able to submit a stipulation of substitution of counsel in the very near future for Your Honor to consider and "So Order" if the Court is inclined.

Under the circumstances, we respectfully ask that the Court vacate the requirement that we respond to Mrs. Bronson's letter of January 9, 2023. If the Bronsons have not retained substitute counsel by Thursday, January 19, we will inform the Court by letter on Friday, January 20, and will be prepared to submit a response to Mrs. Bronson's January 9 letter by January 25, or at such other time that the Court designates. However, our firm is still counsel for Mr. Bronson at this time and, if possible, we would prefer to avoid having to file a submission (even *ex parte*) that will not further his interests or those of Mrs. Bronson.

Respectfully yours,

/s/ Judd Burstein

Judd Burstein

cc:   All Counsel of Record (via ECF)
      Dawn Bronson (on behalf of herself and Edward Bronson) (via email)

Granted.

SO ORDERED.

1/12/2023