# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
   PENNSYLVANIA, AND VIRGINIA

110 E 59TH STREET
22ND FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

January 19, 2023

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re:   *SEC v. Edward Bronson, et al.*, Case No. 12-cv-6421 (KMK)

Dear Judge Karas:

I write to convey the message I received from Mrs. Bronson this morning and request the Court's guidance as to how we should proceed. The below is a verbatim quote of the relevant portion of Mrs. Bronson's message:

> Please write to the judge that we have advised you that we have been working diligently to secure substitute counsel, that it has been complicated by Ed's incarceration and the restraining order on the funds; but that we have represented to you that we believe we will have substitute counsel retained by Tuesday of next week, obviating the need for you to file your response to my letter.

Pursuant to my January 12, 2023 letter to the Court, which the Court endorsed on the same date (*see* Dkt. No. 456), my firm has the following upcoming deadlines:

- **January 20, 2023**: Notify the Court by letter if the Bronsons have not retained substitute counsel by January 19, 2023; and

- **January 25, 2023**: Submit a response to Mrs. Bronson's January 9 letter.

If the Court is inclined to modify the above deadlines based on Mrs. Bronson's representations, I respectfully propose the following:

- **January 25, 2023**: Notify the Court by letter if the Bronsons have not retained substitute counsel by January 24, 2023; and

- **February 1, 2023**: Submit a response to Mrs. Bronson's January 9 letter.

The revised schedule is approved.

So Ordered.

1/19/23

Respectfully yours,

/s/ Judd Burstein

Judd Burstein

cc: All Counsel of Record (via ECF)
Dawn Bronson (on behalf of herself and Edward Bronson) (via email)