# JUDD BURSTEIN, P.C.
### ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
PENNSYLVANIA, AND VIRGINIA

110 E 59TH STREET
22ND FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

January 25, 2023

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re: *SEC v. Edward Bronson, et al.*, Case No. 12-cv-6421 (KMK)

Dear Judge Karas:

Pursuant to my January 19, 2023 letter, which the Court endorsed on the same date (*see* Dkt. No. 458), I write to provide the Court with an update on the status of the Bronsons' retention of substitute counsel.

On January 24, 2023, Mrs. Bronson wrote my office the following: "we have retained counsel and he will su[b]mit his notice of appearance." However, we have not yet received a stipulation and proposed order of substitution of counsel. If we do not receive the same by close of business tomorrow, or unless the Court orders otherwise, we will be preparing a response to Mrs. Bronson's January 9 letter to file by the February 1 deadline.

Respectfully yours,

/s/ Judd Burstein

Judd Burstein

cc: All Counsel of Record (via ECF)
Dawn Bronson (on behalf of herself and Edward Bronson) (via email)

Granted.

SO ORDERED.

1/25/2023