UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                                                Case No. 12-cv-6421 (KMK)

                         *Plaintiff*,

      v.

EDWARD BRONSON, E-LIONHEART             **[PROPOSED] ORDER**
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL,     **ORDER GRANTING**
                                                  **JUDD BURSTEIN, P.C.'S**
                                                  **WITHDRAWAL AS**
                         *Defendants*,              **COUNSEL FOR**
                                                    **DEFENDANT EDWARD**
      and                                                   **BRONSON**

FAIRHILLS CAPITAL, INC.,

                                 *Relief Defendant*.
------------------------------------------------------------------------X

        **WHEREAS**, on January 9, 2023, Judd Burstein, P.C. ("JBPC"), including attorneys Judd Burstein and Emily C. Finestone, in support of a contemplated motion to be relieved as counsel of record for Defendant Edward Bronson ("Mr. Bronson") in the above-captioned action, submitted a [Proposed] Order to Show Cause (Dkt. No. 451) with a supporting (a) Declaration of Judd Burstein, Esq., dated January 6, 2023 (Dkt. No. 449) and the exhibits thereto, and (b) Memorandum of Law, dated January 9, 2023 (Dkt. No. 450), which state the reasons whereby JBPC was seeking to be relieved as counsel; and

        **WHEREAS**, on January 10, 2023, the Court endorsed the January 9, 2023 letter of Dawn Bronson ("Mrs. Bronson") opposing JBPC's withdrawal and ordered Mr. Burstein to respond to the letter by January 13, 2023 (Dkt. No. 452); and

        **WHEREAS**, after the Bronsons informed JBPC that they would be obtaining substitute counsel which would obviate the need for a response to Mrs. Bronson's January 9 letter, JBPC

proposed extensions of the deadline to respond to Mrs. Bronson's January 9 letter (*see* Dkt. Nos. 455 and 457), and the Court granted the extensions (*see* Dkt. Nos. 456 and 458); and

**WHEREAS**, on January 26, 2023, Mrs. Bronson, on behalf of Mr. Bronson, filed a letter with the Court consenting to the withdrawal of JBPC as Mr. Bronson's counsel (Dkt. No. 461); and

**WHEREAS**, on January 27, 2023, the Court endorsed Mrs. Bronson's January 26 letter and instructed JBPC to submit an order to be relieved as counsel for the Court's approval (*see* Dkt. No. 462):

**NOW, THEREFORE, IT IS HEREBY ORDERED** that JBPC, including attorneys Judd Burstein and Emily C. Finestone, are relieved as counsel for Mr. Bronson in the above-captioned action; and

**IT IS FURTHER ORDERED** that JBPC is not required to respond to Mrs. Bronson's January 9 letter.

Dated: White Plains, New York
       January \_\_\_, 2023

_____
HON. KENNETH M. KARAS
United States District Judge