2021bmsech

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SECURITIES and EXCHANGE
COMMISSION,

              Plaintiff,

         v.                          12 CV 6421(KMK)

                                         HEARING

EDWARD BRONSON,

              Defendant.

------------------------------x


                                  United States Courthouse
                                  White Plains, New York
                                  November 22, 2021




Before:   THE HONORABLE KENNETH M. KARAS, District Judge
```

CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
(914)390-4103

```
 1              THE WITNESS:  I used -- we have always used Macallan
 2   as our company for owning vehicles, your Honor.
 3              THE COURT:  Okay.
 4   Q.   If that's the -- if Macallan pays your family's auto
 5   insurance, why do you have auto expense -- auto insurance
 6   expense listed on your sworn financial statement?
 7   A.   Macallan doesn't pay the expense.  Macallan is the name.
 8   Top Knot pays the expense.
 9              THE COURT:  Well, you just said that, actually,
10   Macallan had a policy, an insurance policy.
11              THE WITNESS:  It's Macallan's policy, but --
12              THE COURT:  You thought it was Progressive.
13         So who's insuring the car that your ▇ has?
14              THE WITNESS:  Progressive.
15              THE COURT:  Who pays for Progressive to insure the
16   car?
17              THE WITNESS:  All our payments come from Top Knot.
18              THE COURT:  Okay.
19              THE WITNESS:  Nothing secretive, your Honor.
20              THE COURT:  Next question.
21              MS. KING:  Sure.
22   Q.   Footnote 2 on the second page states the current market
23   value of total balance is 24 million and some more, 50 percent
24   of which is beneficially owned by the Krost family.
25         What is that referring to?
```

1    And it's not enough to say, you know, well, we don't have furs.
2    You know, it's not good enough to say there's people out there
3    who have more money.  Okay, there are people who might own
4    private jets.  It doesn't mean that, when you owe the
5    government, you've made almost no payments, you get to go fly
6    first class and, by the way, fly the whole family down to
7    ███.  So, yes, the Ritz becomes relevant.  Because, again,
8    it's Mr. Bronson's burden to show he can't make any payments.
9    Not that he can't make the total-amount payment all at once.
10             And the fact that he has continued.  In spite of the
11   Court's clear warning back in January of this year that that
12   kind of spending was not a defense, he continued to do it.
13   Diligence?  No.  The opposite of diligence.  It is hubris with
14   a capital H.
15             And then the final act was coming up here and giving
16   not credible testimony.
17             Cars.  Two cars, 2021.  And not just any cars.  We
18   got ourselves a Cadillac to replace the 2017 Cadillac.  To make
19   sure there's no typo, the 2021 Cadillac replaced the 2017
20   Cadillac.  Not the 2007 Cadillac.  Not the 1997 Cadillac.  The
21   four-year-old Cadillac.  The same year that the Court entered
22   its judgment.  And we get ███ a Ford Bronco, a '21 Ford
23   Bronco, that's not even paid for -- and he couldn't even get it
24   straight.  Well, it's -- it's -- it's -- it's ^Macallan.  No,
25   it's not.  It's -- oh, it's -- I mean, that's what happens when

1   you run a scheme like this.  You lose track of where the dots
2   are supposed to get connected.
3           And so if there's access to Top Knot or ^Macallan or
4   whatever corporate shell we're going to use here to pay for a
5   Ford Bronco, then there's money to pay towards the judgment,
6   which utterly and completely and thoroughly defeats the
7   inability-to-pay defense here.  By the way, ▆▆▆▆ who's now
8   off in ▆▆▆▆.
9           $1,500 for the vet because I guess there's a
10  constitutional right to have all these pets.  $1,500 a month
11  hair and beauty.  But that's not lavish.  The jewelry valued in
12  excess of $200,000.  But that's not luxurious.
13          This isn't even close in terms of Mr. Bronson's
14  inability to establish his burden to show he cannot pay
15  something towards the restitution, and it certainly solidifies
16  the SEC's case in terms of lack of diligence.  This is lack of
17  respect for Mr. Bronson's obligations, to pay his obligations
18  under the order.  And the calendar's about to turn to 2022 and
19  the Court's original judgment was in 2017 and not a penny was
20  paid until the SEC finally turned up the heat late last year
21  and early this year and when the Court had to say how about
22  $25,000.  Twice we had to wait for that one to come in, you
23  know, while there are $3,000 birthday parties.
24          So there's no doubt in my mind that the SEC has met
25  its burden and Mr. Bronson has not.  So then the question is