Ed Bronson
Loan Ledger

| Date | Transaction | Amount | Balance Due |
|---|---|---|---|
| 12/24/2021 | Loan to Ed Bronson re: SEC Payment | $250,000.00 | $250,000.00 |
| 3/30/2022 | Loan Payment from Top Knot | $-75,000.00 | $175,000.00 |
| 4/18/2022 | Loan Payment from Top Knot | -$50,000.00 | $125,000.00 |
| 4/18/2022 | Loan Payment from Top Knot | -$50,000.00 | $75,000.00 |
| 7/5/2022 | Loan Payment from Top Knot | -$25,000.00 | $50,000.00 |
| 7/22/2022 | Loan Payment from Top Knot | -$50,000.00 | $0.00 |

EXHIBIT 124

RACHMUTH000459