**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **12 Civ. 6421 (KMK)** |
| **v.** | |
| **EDWARD BRONSON, E-LIONHEART ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL** | |
| **Defendants,** | |
| **and** | |
| **FAIRHILLS CAPITAL, INC.** | |
| **Relief Defendant.** | |

### PLAINTIFF'S MOTION FOR CONTEMPT AND SANCTIONS AGAINST EDWARD AND DAWN BRONSON AND FOR TURNOVER

Plaintiff Securities and Exchange Commission ("Plaintiff" or the "SEC") respectfully requests that this Court issue an Order to Show Cause why Edward and Dawn Bronson ("Bronson") should not be held in civil contempt for their violations of the Court's Judgment, Payment Plan Order and Liquidation Orders, DEs 193, 272, 278. The SEC also moves for a turnover order requiring certain funds held by Edward Bronson's attorney, Judd Burstein, and the proceeds of the sale of the Bronsons' Escalade to be turned over to the SEC. In support of this motion, the SEC submits the February 2, 2023 Declaration of Maureen Peyton King and attachments thereto and Plaintiff's memorandum of law.

For the reasons set forth in the supporting documents, the SEC respectfully requests that the

Court grant Plaintiff's motion and enter the proposed Order to Show Cause and the proposed

Turnover Order.

Dated:      Wantagh, New York          s/ Maureen Peyton King
            February 2, 2023            Maureen Peyton King
                                        Senior Trial Counsel
                                        Securities and Exchange Commission
                                        New York Regional Office
                                        100 Pearl Street, Room 20-100
                                        New York, NY 10004
                                        Tel.: 212-336-0111
                                        E-mail: kingmp@sec.gov


        The Bronsons are to respond to this Order to Show Cause by 2/10/23.

        So Ordered.

        2/2/23