Dawn M. Bronson
1275 Fairhills Drive
Ossining, NY 10562



February 9, 2023

Hon. Judge Kenneth M. Karas
United States District Court
300 Quarropas Street
533 White Plains, NY 10601-4150

Re: SEC v. Edward Bronson, et al., 12-cv-06421 (KMK) – Request for additional time

Dear Judge Karas:

As you know I usually write on behalf of my husband, Edward Bronson. Today I am for myself writing to request a week of additional time to respond to the SEC's motion for contempt against me. Right now I have to respond tomorrow, February 10, 2023, but also right now, my son and my father (who I believe you know lives with me) both have COVID. (As I write this, my son has a fever of 102 degrees.) I am caring for them and also do not feel and expect that I will test positive in the next day or so. Additionally, I spent a great deal of time typing and organizing documents for Ed regarding his request for a settlement conference and, even if no one in my house were sick, I would not have been able to prepare my response.

For all these reasons, I request one week of additional time, to February 17, 2023, to answer the SEC's motion for contempt against me.

Granted.

So Ordered.

2/10/23

Sincerely,

Dawn M. Bronson