Dawn M. Bronson
1275 Fairhills Drive
Ossining, NY 10562



February 16, 2023

Hon. Judge Kenneth M. Karas
United States District Court
300 Quarropas Street
533 White Plains, NY 10601-4150

Re: SEC v. Edward Bronson, et al., 12cv06421 (KMK)-SEC Request for additional time

Dear Judge Karas:

I have received a copy of the SEC's letter of today and want to make two points. First, although the SEC says that I have not responded to their prior request, I thought that I would be doing so when Ed and I responded on tomorrow's due dates for Ed's response on the settlement conference motion and my response on the SEC's contempt motion. Since the SEC seems to think that I was supposed to respond separately, I am doing so now.

Second, and to the point, the SEC always shows up in Court with at least two attorneys and sometimes three. In fact, as I think you know, Mr. Burstein told us that he had reached settlement points with the SEC and was then told that other attorneys at the SEC would not approve the settlement. Today is Ed's one-year anniversary of being in jail. Certainly, one of the other SEC attorneys can be in be in charge while Ms. King is away.

For two weeks, until last Friday, I had no heat in my home because I had no money to pay my oil bill or for another delivery. I finally asked my cousin, and she paid the past bill and for a delivery. We understand that all of this is also the result of our doing, but we are trying to do everything we can to do what's right and move forward hopefully to Ed's release and a job and a payment plan that both the SEC and my family can live with. Please ask the SEC if the other counsel in the SEC office can handle this while Ms. King is on vacation.

While the Court is sympathetic to the financial situation that Ms. Bronson is currently dealing with, the Court also notes that there has been substantial evidence that the Bronsons have spent hundreds of thousands of dollars on luxury travel, landscaping, jewelry and other goods and services, all while not paying any money toward Mr. Bronson's financial obligations in this case. Application is denied.

So Ordered.

2/17/23

Sincerely,

Dawn M. Bronson