Dawn M. Bronson
1275 Fairhills Drive
Ossining, NY 10562

February 27, 2023

Hon. Judge Kenneth M. Karas
United States District Court
300 Quarropas Street
533 White Plains, NY 10601-4150

Re: SEC v. Edward Bronson, et al., 12cv06421 (KMK)-SEC Request for additional time

Dear Judge Karas:

I continue to write on my husband's behalf and pursuant to his direction. As Your Honor is aware, there are two competing motions pending. Edward has a motion for a hearing and to vacate the contempt and for his release. The SEC has a motion for additional contempt against us. We have provided the SEC with what we believe is everything they stated they wanted and certainly everything we have. The one thing left is to come before Your Honor for a hearing on these issues, where Edward believes the Court will see that he is no longer in contempt, and we are doing everything we can to cooperate. The purpose of this letter is to reiterate Edward's request for a hearing as immediately as possible. The SEC has until March 7, 2023 to respond to the Court regarding our disclosure, by which time Edward will have been jailed for nearly 13 months. Edward beseeches Your Honor to schedule a settlement conference and allow him the opportunity to present to the Court that we have been cooperating and no further coercion by incarceration is needed.

Sincerely,

Dawn M. Bronson