UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12-CV-06421 (KMK)

SECURITIES AND EXCHANGE COMMISSION
Plaintiff

v.

EDWARD BRONSON,
Defendant

/

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District ofNew York, Philip L. Reizenstein, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Edward Bronson.

I am in good standing of the Bars of the state of Florida, the US Southern and Middle Districts of Florida, and the Eleventh Circuit Court of Appeals and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 14, 2023.

Respectfully Submitted,

Philip L. Reizenstein, Esq.
Reizenstein & Associates, PA
Florida Bar #634026
2828 Coral Way, Suite 540
Miami, FL 33145
(305) 444-0755
Philreizenstein@protonmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12-CV-06421 (KMK)

SECURITIES AND EXCHANGE COMMISSION
Plaintiff

v.

EDWARD BRONSON,
Defendant
/

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Applicant Philip L. Reizenstein, Esq., an attorney in good standing with the bar of the State of Florida, certifies the following under oath in support of his Motion to Appear Pro Hac Vice in the Southern District of New York:

1. I currently reside in Miami, Florida. I am an attorney with Reizenstein & Associates and my business office is located at 2828 Coral Way, Suite 540, Miami, Florida 33145.

2. I am not a New York resident, nor do I regularly engage in legal practice or other business in New York.

3. I have been admitted to practice law and am active before the following courts:

   a. State of Florida Bar #634026; Admitted on December 30, 1986;

   b. United States District Court Southern District of Flo Admitted June 5, 1992;

   c United States District Court Middle District of Florida; Admitted in November, 2019;

d. Eleventh Circuit United States Court of Appeals; Admitted on June 25, 1993;

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disban·ed or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. Counsel of record admitted to practice in the State of New York and in the Southern District of New York who has agreed to sponsor this application and act as local counsel in this matter by entering an appearance is Matin Emouna, Esq., Emouna & Mikhail, PC, 100 Garden City Plaza, Suite 520, Garden City New York, 11530, (516) 877-9111; NY State Bar Number 2727113.

8. Further affiant sayeth naught.

Philip L Reizenstein, Esq.
Florida Bar# 634026

STATE OF FLORIDA COUNTY
OF MIAMI-DADE:

The foregoing instrument was sworn to and subscribed before me this the 14th day of March , 2023, by Philip L. Reizenstein who did take an oath who is

[X ] personally known to me OR
[ ] who produced identification, to wit: ______________________

MARINES BOADA
Commission # GG 907653
Expires September 10, 2023
Bonded Thru Budget Notary Services

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12-CV-06421 (KMK)

SECURITIES AND EXCHANGE COMMISSION
Plaintiff

v.

EDWARD BRONSON,
Defendant

______________________________/

# EXHIBIT ONE CERTIFICATE OF GOOD STANDING FROM FLORIDA SUPREME COURT

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**PHILIP LOUIS REIZENSTEIN**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **DECEMBER 29, 1986,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this DECEMBER 15, 2022.*

*Clerk of the Supreme Court of Florida*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12-CV-06421 (KMK)

SECURITIES AND EXCHANGE COMMISSION
Plaintiff

v.

EDWARD BRONSON,
Defendant

/

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Philip L. Reizenstein, Esq., for admission to practice Pro Hae Vice in the above captioned action is granted.

The applicant has declared that he is a member in good standard of the bar of the state of Florida; and that his contact information is as follows:

Applicant's Name: Philip L. Reizenstein Firm
Name: Reizenstein & Associates, PA Address:
2828 Coral Way, Suite 540 City/State/Zip:
Miami, FL 33145 Telephone: 305-444-0755

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Robyn Parket in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March ________, 2023

______________________________
Judge Kenneth M. Karas
United States District Judge