# REIZENSTEIN & ASSOCIATES, P.A.

2828 CORAL WAY
SUITE 540
MIAMI, FL 33145
PHONE: 305-444-0755
FAX: 305-444-9277

---

PHILIP L. REIZENSTEIN, ESQ.
BHAKTI KADIWAR, ESQ.

April 10, 2023

The Honorable Judge Karas
United States District Court
Southern District of New York
200 Quarropas Street Chambers 533
White Plains, NY 10601-4150

 Via CMECF

RE: US Securities and Exchange Commission v. Bronson et. al.,
    12-cv-6421 (KMK).

Dear Karas:

I write to provide a report to the court as required by this court's order DE 502 regarding the joint status report filed by the parties on March 31, 2023 [DE 502].

Because of the Westchester jail facility rules (where Mr. Bronson is being held), and my prior testing positive for Covid, I have been unable to see him, but will meet the jail requirements this week for being covid negative and symptom free for fourteen days, and will see my client on either Thursday April 13, 2023, or Friday April 14, 2023, so as to confer with him regarding outstanding items referenced in the joint letter to his court [DE 502].

Pursuant to our agreement and efforts in obtaining records, the following items are being provided to the SEC contemporaneous with this report. These documents were referenced in the

joint letter to the court of March 31, 2023, DE 502. Items that are not listed here, but were agreed to by Mr. Bronson in the March 31, 2023, joint letter to the court, are still being worked on by myself and my staff.

1) A copy of the $90,000.00 Escalade check that received at my office (but did not deposit because I remained at home because of testing positive for covid) which will be deposited to my trust account this week.

2) Copies of one year of bank statements from January 2022 through January 2023, for Mr. Kallas, Mr. Bronson's father law. Chase account x3581. These documents were agreed to be turned over once I obtained permission to do so, which I now have.

3) Copies of six months of bank statements for the Bronson's eldest child- the only of the Bronson children who has a bank account. The statements comprise all of the statements for the account since it was opened. Chase account x8167.

4) Copies of statements for Dawn Bronson from Wells Fargo Account x3648 savings account for March 2022, April 2022, June 2022, September 2022, October 2022, December 2022 and March 2023. Statements are not for every month because I have been informed, but have not yet verified, that the bank does not generate a statement for a month without any activity.

5) Copies of twelve months of statements for Dawn Bronson, from January 2022, through January 2023, for her personal Wells Fargo checking account x7704 (mistakenly identified in the March 31, 2023, letter as a Webster Bank account, with the account number correctly identified).

6) Copies of Dawn Bronson's Webster account X3187 from October 2021-January 2023.

All other items referenced in the March 31, 2023, letter to this court are still being worked on.

I request until Tuesday May 4, 2023, to provide a further update on providing other documents I am working on obtaining. I will be meeting with Mr. Bronson and Dawn Bronson this week and will advise the SEC and the court as to whether I will be representing Dawn Bronson shortly thereafter the meeting.

Respectfully Submitted,

S/ *Philip L. Reizenstein,* Esq.
Philip L. Reizenstein, Esq.
Reizenstein & Associates, PA
Florida Bar #634026
2828 Coral Way, Suite 540
Miami, FL 33145
(305) 444-0755
Philreizenstein@protonmail.com