Dawn M. Bronson
1275 Fairhills Drive
Ossining, New York NY 10562

**By ECF**

Hon. Kenneth M. Karas
United States District Court
United State Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

>    Re:    U.S. Securities and Exchange Commission V, Bronson et al.,
>            12-CV-6421 (KMK)

Dear Judge Karas:

Edward's counsel, Philip Reizenstein, has not communicated with him for several weeks. When they last spoke, Mr. Reizenstein stated he had worked out an arrangement with the Securities and Exchange Commission (the SEC) to end Edward's incarceration. Mr. Reizenstein stated we needed to supply certain information to him so that he could provide it to the SEC. That information, including a draft affidavit from me, was supplied to Mr. Reizenstein almost a month ago. We are still waiting for his response.

Because Mr. Reizenstein has been unresponsive, and has now indicated to us that he intends to seek his withdrawal from the case, I provided the requested information to the SEC directly. A copy of my email to the SEC, along with an outline of the documents provided is attached to this letter.

The SEC has indicated to me that they are unable to communicate with Edward directly while he is represented by Mr. Reizenstein. I am therefore making my request directly to the Court, which will allow the SEC to respond.

I believe Edward has demonstrated that he is no longer in contempt of the Court's order. It is clear – both by the documents we have provided to the SEC and the 16 months he has spent in jail – that he is unable to pay the judgment against him. I am therefore asking for an emergency hearing, hopefully on or before this Friday, to discuss the arrangement Mr. Reizenstein states the SEC has agreed to and to release Edward from jail.

During the 16 months that Edward has been in jail, he has suffered medically as well as our family suffered financially. Because he is not being given access to his prescribed medications, he has been experiencing tremors, anxiety, nausea, headaches, vomiting, and insomnia. I am able to provide additional details regarding Edward's current health status and will do so at the hearing.

Given Edward's compliance with the conditions described to him by Mr. Reizenstein, his inability to pay the judgement against him and his health, I respectfully request you schedule an emergency hearing on his release.

Respectfully,

Dawn M. Bronson

The SEC is to respond to this letter, including the claims that Mr. Bronson has not been given access to his medications by 6/12/23.

So Ordered.

6/7/23