### REIZENSTEIN & ASSOCIATES, P.A.

2828 CORAL WAY
SUITE 540
MIAMI, FL 33145
PHONE: 305-444-0755
FAX: 305-444-9277

---

PHILIP L. REIZENSTEIN, ESQ.
BHAKTI KADIWAR, ESQ.

June 21, 2023

The Honorable Judge Karas
United States District Court
Southern District of New York
200 Quarropas Street Chambers 533
White Plains, NY 10601-4150

 Via CMECF

RE: US Securities and Exchange Commission v. Bronson et. al.,
      12-cv-6421 (KMK).

Dear Karas:

I write in response to your request to inform the court about the $90,000.00 that I am holding in trust. The money is from the sale of an automobile that the Bronson's owned. My belief is that Mr. Bronson does not agree to turn all of the money over to the SEC, so my suggestion is that I continue to hold the money and will not disburse it without further order of the court. I do know that Mr. Bronson has agreed to turn some money over to the SEC for his outstanding balance, but my belief is that either he or his new counsel will want to negotiate that amount with counsel for the SEC.

Respectfully Submitted,

S/ *Philip L. Reizenstein,* Esq.

1

Philip L. Reizenstein, Esq.
Reizenstein & Associates, PA
Florida Bar #634026
2828 Coral Way, Suite 540
Miami, FL 33145
(305) 444-0755
Philreizenstein@protonmail.com