Dawn M. Bronson
1275 Fairhills Drive
Ossining, NY 10562

June 21, 2023

Hon. Judge Kenneth M. Karas
United States District Court
300 Quarropas Street
533 White Plains, NY 10601-4150

Re: **SEC v. Edward Bronson, et al., 12cv06421 (KMK)**

Dear Judge Karas:

As you know, I write pursuant to my husband's direction and on his behalf in response to Mr. Mr. Reizenstein's letter that he sent to the Court earlier today. First, Edward asked me to inform the Court that Mr. Reizenstein has not spoken with Edward in at least six weeks. While at that time, Edward had suggested releasing the entire $90,000 to the SEC and having the $30,000 held by Mr. Bent released to our family, our family's current dire circumstances and immediate needs compel a request that Mr. Reizenstein be permitted to release $60,000 to the SEC and $30,000 to our family, and that the $30,000 held by Mr. Bent be released to the SEC. Our accounts have been restrained since December 2022. As we have informed the Court, our health insurance has been cancelled, I have no money for medication for my children or for utilities or groceries. We are presently living off my father's social security payments. Further, Edward's mental and physical health is deteriorating and in further jeopardy. Given our circumstance, Edward also asked me to take this opportunity to ask you once again for an immediate hearing on whether Edward is still acting in contempt of the Court's Orders. Edward believes that reviewing Edward's compliance to date and discussing the terms of his compliance going forward will result in Your Honor seeing that Edward is no longer in contempt and that he wants only to cooperate and bring this matter to a close.

Respectfully submitted,

*Dawn M. Bronson*

Dawn M. Bronson