Dawn Bronson
1275 Fairhills Drive
Ossining, NY 10562

June 20, 2023

Hon. Judge Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601-4150

Re: **SEC v. Edward Bronson, et al., 12-cv-06421 (KMK)**

## DEFENDANTS' MOTION TO FILE EXHIBITS UNDER SEAL

I respectfully submit this motion on behalf of Edward Bronson pursuant to Federal Rule of Civil Procedure Rule 5.2(d) to file under seal documents.

The attached contain certain documents and information that contain, Edward's medical records, Letter from Dr, Schwartz, Email from Dr. Schwartz, Personal letter from D.Bronson and timeline, Photos of Edward during a video call, Photos of our children on a video call, Photos of our family, Letters from friends, Confidential letters from Soleil to Edward, Photos of Edward 6 months before incarceration, Photo of Edward during incarceration, as well as highly confidential photographs, transcription of recordings.

The attached following Exhibits which contain the highly confidential information:

- Ex. A: Edward's Medication list and notes from his doctor
- Ex. B: Letter from Dr. Schwartz dated February 22, 2022
- Ex. C: January 29, 2022, email from Dr. Schwartz
- Ex. D: Personal letter to Judge Karas from D.Bronson
- Ex. E: Photos of Edward during a video call with his family
- Ex. F: Photos of his children during a video call with Edward
- Ex. G: Photos of our family
- Ex. H: Letters from friends
- Ex. I: Letters from his daughter found on her cell phone
- Ex. J: Photos of Edward 6 months before incarceration
- Ex. K: Photos of Edward during incarceration
- Ex. L: Photos of Edward with his children and family
- Ex. M: Transcription of phone recording

Essentially all the information contained in these documents is highly confidential personal information. Defendant seeks permission to file these under seal.

WHEREFORE, for all the forgoing reasons, Defendant respectfully request permission to file under seal: Exhibits A-M.

Respectfully submitted,

Dawn Bronson