UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff,    12 Civ. 6421 (KMK)

v.

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL,

                                    Defendants

and

FAIRHILLS CAPITAL, INC.

                                    Relief Defendant.

## PROPOSED TURNOVER ORDER

**WHEREAS** the Court entered a Final Judgment against Bronson and others imposing a joint and several obligation: (i) on the Defendants to pay disgorgement of $9,355,271.79 and prejudgment interest of $2,177,100.59 and (ii) on the Defendants and a relief defendant to pay disgorgement of $645,000.00 and prejudgment interest thereon in the amount of $151,031.37. DE 193;

**WHEREAS** Bronson has failed to satisfy the disgorgement ordered and he continues to owe $10 million dollars to the SEC; and

**WHEREAS** Plaintiff Securities and Exchange Commission has identified liquid assets and assets that can be monetized and the proceeds turned over to the SEC in partial satisfaction of the disgorgement owed;

I.

**IT IS HEREBY ORDERED** that Bruce Bent shall turnover to the SEC all proceeds he or Matthews Development holds that are due to Edward Bronson or any agents or entities of Edward Bronson within 10 days of receiving a copy of this Order;

II.

**IT IS HEREBY ORDERED** that Bronson's former attorney, Judd Burstein, provide an accounting to the SEC of the amounts owed and paid by Edward Bronson within 7 days of receiving a copy of this Order.  To the extent Mr. Burstein holds any funds that exceed what Defendant Edward Bronson owed Mr. Burstein for legal services rendered, Mr. Burstein shall remit those funds to the SEC within 10 days of entry of this Order;

III.

**IT IS HEREBY ORDERED** that Provident Loan Society shall turnover to the SEC all proceeds from the liquidation of jewelry pawned by Edward Bronson after deducting what it is owed along with applicable costs and fees.  Provident Loan Society shall remit those funds to the SEC within 10 days of when the items are auctioned in the normal course, along with the details of the items auctioned, the auction price, the amounts Provident Loan Society deducted from the auction proceeds, and the amount remitted to the SEC.

IV.

**IT IS HEREBY ORDERED** that the payments ordered herein shall be mailed to: Enterprise Services Center Accounts Receivable Branch HQ Bldg, Room 265, AMK-326 6500 South MacArthur Boulevard Oklahoma City, OK 73169.  Each person or entity turning over funds to the SEC shall simultaneously transmit photocopies of evidence of payment and

this Order by email to Maureen Peyton King, Senior Trial Counsel, Division of Enforcement, Securities and Exchange Commission, at kingmp@sec.gov.

V.

**ORDERED** that this Court shall retain jurisdiction to enforce compliance with this Order.

Dated:      White Plains, New York

        _____, 2023      _____
                                                UNITED STATES DISTRICT JUDGE