UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                                              Plaintiff,    12 Civ. 6421 (KMK)

v.

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL

                                                            Defendants

and

FAIRHILLS CAPITAL, INC.

                                                            Relief Defendant.

**PROPOSED CONTEMPT JUDGMENT**

       **WHEREAS** the Court found Defendant Edward Bronson in contempt and ordered Bronson to pay $2 million in disgorgement plus prejudgment interest for violations of the penny stock bar imposed in the Court's Final Judgment. This amount is in addition to the amount Mr. Bronson owes under the Court's Judgments in this Action, Docket Entry 193;

I.

       **IT IS HEREBY ORDERED** that Bronson shall disgorge $2 million in ill-gotten gains from his contemptuous conduct in violation of the penny stock bar, plus prejudgment interest thereon of $180,128.78.  This amount is in addition to the amount Mr. Bronson owes under the Court's Judgments in this Action, Docket Entry 193, and is imposed as a coercive sanction in light of Mr. Bronson's repeated, willful, and egregious contempt of the Court's Orders.

II.

**IT IS HEREBY ORDERED** that payment shall be mailed to: Enterprise Services Center Accounts Receivable Branch HQ Bldg, Room 265, AMK-326 6500 South MacArthur Boulevard Oklahoma City, OK 73169.  Garnishee shall simultaneously transmit photocopies of evidence of payment and this Order by email to Maureen Peyton King, Senior Trial Counsel, Division of Enforcement, Securities and Exchange Commission, at kingmp@sec.gov.

III.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to enforce compliance with this Order.

Dated:       White Plains, New York

_____, 2023            _____
                                                                     UNITED STATES DISTRICT JUDGE