UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                                                 Plaintiff,<br><br>v.<br><br>EDWARD BRONSON, E-LIONHEART ASSOCIATES, LLC, d/b/a FAIRHILLS CAPITAL<br><br>                                                                                 Defendants<br><br>and<br><br>FAIRHILLS CAPITAL, INC.<br><br>                                                              Relief Defendant. | 12 Civ. 6421 (KMK) |

## JUDGMENT FOR CONTEMPT

**WHEREAS** the Court found Dawn Bronson in contempt and ordered Dawn Bronson to disgorge interest on the $2 million the Court ordered Defendant Edward Bronson to pay in disgorgement;

I.

**IT IS HEREBY ORDERED** that Dawn Bronson shall pay interest at the statutory rate referenced in 28 U.S.C. § 1961 on $2 million for the period from February 16, 2022 until Mr. Bronson repays the $2 million that he must disgorge for his contemptuous conduct in violation of the penny stock bar.

II.

**IT IS HEREBY ORDERED** that payment shall be mailed to: Enterprise Services Center Accounts Receivable Branch HQ Bldg, Room 265, AMK-326 6500 South MacArthur Boulevard Oklahoma City, OK 73169.  Dawn Bronson shall simultaneously transmit

photocopies of evidence of payment and this Order by email to Maureen Peyton King, Senior Trial Counsel, Division of Enforcement, Securities and Exchange Commission, at kingmp@sec.gov.  Prior to making any payment, Dawn Bronson shall contact Ms. King to determine the amount due.

III.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to enforce compliance with this Order.

Dated:	White Plains, New York

_____, 2023

_____
UNITED STATES DISTRICT JUDGE