Edward Bronson
1275 Fairhills Drive
Ossining, NY 10562

October 3, 2023

Via ECF

Hon. Kenneth M. Karas, U.S. D.J.
United States District Court, Eastern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

   Re: **Securities & Exchange Commission v. Edward Bronson, et al., 12cv06421 (KMK)**

Dear Judge Karas:

With reservation of all my rights otherwise, I believe it urgent that I write to object to the SEC's proposed Order [Docket 529] to the extent it seeks the turnover of the proceeds held by the Provident Loan Society.

In your Honor's June 29, 2023 order, you directed that I work with the SEC to turn over proceeds of the sale of jewelry owned by me.

> Defendant will work with the SEC to resolve the disposition of: (i) any unused retainer funds held by prior counsel; and (ii) **excess proceeds from the liquidation of Bronson's pawned jewelry (except as needed to permit the sale of the jewelry). If the parties cannot resolve these matters, they will seek the Court's intervention;**

[Docket 521] (emphasis added).

As the Court and the SEC are aware from my prior correspondence, an issue exists as to the ownership of the pawned jewelry. I maintain that it all belongs to my wife and not me and most (if not all) of it was purchased before the action against me was brought and before the underlying allegations took place. The SEC, however, takes the position that all of the jewelry belongs to me.

It seems that even the SEC initially understood the next step was to follow the Court's Order and "seek the Court's intervention." The SEC therefore wrote the Court and requested a pre-motion conference on the issue. I followed and agreed that a conference was appropriate.

The SEC has now submitted the proposed order that presupposes that your Honor has already ruled in its favor (even before it has even filed a motion) and seeks to have the pawned jewelry auctioned so it can seize the proceeds.

This proposed Order must be rejected. Having agreed to a procedure, especially given the relative bargaining positions of the SEC and me (I agreed to these terms while in jail), the

SEC should be required to follow it. The procedure agreed by the parties is to "seek the Court's intervention."

Thank you for your consideration in this matter.

Respectfully submitted,

Edward Bronson

CC: Maureen Peyton King, Esq. (via ECF)