UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

        -against-

EDWARD BRONSON, and E-LIONHEART
ASSOCIATES, LLC d/b/a FAIRHILLS
CAPITAL,

                      Defendants
        -and-

FAIRHILLS CAPITAL, INC.,

                      Relief Defendant.
-----------------------------------------------------------------X

DKT NO. 12-CV-06421 (KMK)

NOTICE OF APPEAL

Notice is hereby given that Edward Bronson, E-Lionheart Associates, LLC d/b/a/ Fairhills Capital and Fairhills Capital, Inc., defendants in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order dated and entered September 26, 2023, granting the Securities and Exchange Commission's motion for an Order holding defendant Edward Bronson and non-party Dawn Bronson in contempt and granting relief, including finding that: (a) Edward Bronson has violated a prior bar on trading in penny stocks; (b) Edward Bronson "disgorge the approximately $2 million dollars that constitute ill-gotten gains;" (c) Dawn Bronson "disgorge interest on the approximately $2 million dollars in proceeds … for the period from February 16, 2022 until Mr. Bronson repays the $2 million that he must now repay;" and that (d) Turnover Orders be issued "for the Bronson's several outstanding sums of cash that the Bronsons have accrued from sales of assets and that are currently being held by various custodians."

Dated: Westchester, New York
       October 9, 2023

Edward Bronson, *Pro se*
1275 Fairhills Drive
Ossining, NY 10562