Edward Bronson
1275 Fairhills Drive
Ossining, NY 10562

November 17, 2023

<u>Via ECF</u>

Hon. Kenneth M. Karas, U.S. D.J.
United States District Court, Eastern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

   Re: **Securities & Exchange Commission v. Edward Bronson, et al., 12cv06421 (KMK)**

Dear Judge Karas:

      I write in furtherance of my obligations to report to the Court and the SEC my monthly and income, and to disgorge fifty percent of my income that is in excess of $5,000 each month. As noted, in my November 15, 2023 affirmation, I initially sent the government $3,852.50, that number being fifty percent of my income after reducing the amount of FICA deductions. Ms. King subsequently contacted me and pointed out that the fifty percent to be disgorged to the government is required to be based on my gross income; that is, my income prior to any deductions. I have since sent the government an additional $1,200.00, thereby bringing my monthly disgorgement in compliance with the Court's order. This mistake was inadvertent in that I incorrectly recalled my obligation. In the future I will be sure to base payments on my gross income.

      Thank you for your attention and consideration in this matter.

      Respectfully submitted,

      Edward Bronson

CC: Maureen Peyton King, Esq. (via ECF)