

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

November 28, 2023

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:    *U.S. Securities and Exchange Commission v. Bronson et al.*,
             12-CV-6421 (KMK)

Dear Judge Karas:

The Securities and Exchange Commission ("SEC") writes to ask the Court to add to the docket a redacted version of the transcript from a partially sealed evidentiary hearing conducted on December 12, 2022, in order to complete the record for a pending appeal.

Edward and Dawn Bronson have appealed a contempt order (DE 536) entered in the above-captioned matter. The Court convened an evidentiary hearing on December 12, 2022 (see unnumbered docket entry dated 12/12/2022), which developed evidence that the Court later cited in the contempt order under appeal. E.g., DE 536 at 6 (citing testimony elicited at the 12/22/2022 hearing). Because portions of the December 2022 hearing were conducted under seal, the court reporter did not upload any portion of the transcript to the docket.

To ensure the December 2022 hearing transcript is included in the record on appeal, we ask the Court to supplement the docket with a version of the transcript that is redacted to remove the sealed portions. To aid the Court, Commission staff has separately provided the Court's chambers with a redacted transcript of that hearing prepared by the court reporter.

                        Respectfully submitted,
                        *s/ Maureen Peyton King*

Granted.

So Ordered.
*[signature]*
12/1/23