

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

January 3, 2024

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:    *U.S. Securities and Exchange Commission v. Bronson et al.*,
             12-CV-6421 (KMK)

Dear Judge Karas:

    Due to illness, counsel for the Securities and Exchange Commission ("SEC") writes to respectfully request a one-week extension of time to file its letter, due by January 5, setting forth its current views of Mr. Bronson's submissions. DE 574. SEC counsel has not requested previous extensions in connection with this filing. Defendant Edward Bronson consents to the extension.

                            Respectfully submitted,
                            *s/ Maureen Peyton King*