

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

May 8, 2024

**By ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:    *U.S. Securities and Exchange Commission v. Bronson et al.,*
             12-CV-6421 (KMK)

Dear Judge Karas:

    The Securities and Exchange Commission ("SEC") writes to provide an update on its efforts to collect disgorgement Defendant Edward Bronson (Bronson") owes the SEC. On February 23, 2024, the SEC apprised the Court that while Bronson continues to make payments, the SEC continues to have concerns about the source and amount of Bronson's income and therefore plans to conduct additional post-judgment discovery. DE 583. The SEC sought until May 10 to provide a further update to the Court and advised that it expected to be in a position to seek any measured relief warranted. *Id.*

    The SEC's continued post-judgment discovery has not allayed its concerns. Thus, Bronson has agreed to be deposed. The SEC expects to conduct additional third-party depositions as well. Thus, if the Court agrees, the SEC will provide a detailed update to the Court by or before June 30, 2024.

                                  Respectfully submitted,
                                  *s/ Maureen Peyton King*