

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF**
**ENFORCEMENT**

June 26, 2024

<u>**By ECF**</u>
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

      Re:    *U.S. Securities and Exchange Commission v. Bronson et al.,*
              12-CV-6421 (KMK)

Dear Judge Karas:

      The Securities and Exchange Commission ("SEC") writes to provide an update on its efforts to collect disgorgement Defendant Edward Bronson (Bronson") owes the SEC. On May 8, 2024, the Court so ordered the SEC's request to submit a detailed update on June 30, 2024.

      Since then, the SEC has undertaken further investigation of Mr. Bronson's income. The SEC's efforts have included gathering additional bank records from entities with which Bronson represents he is transacting, depositions and interviews.  The SEC has noted a pattern wherein every few months Bronson receives funds from a new entity that has received a fresh capital injection.

      As a result of these efforts, SEC counsel remains concerned that Mr. Bronson is violating Court orders.  The SEC has raised questions about the source and use of funds to which Bronson has apparent access as well as about certain funds paid to the SEC and others on his behalf.  The SEC has also raised questions about the access Bronson has to luxury vehicles.

      To address these issues, SEC counsel and Mr. Bronson have conferred.  Mr. Bronson has undertaken to provide additional information and further transparency to the SEC next week.  SEC counsel will evaluate this information.  The SEC will also consider Bronson's proposed repayment timeline.  If the parties are unable to reach a resolution, the SEC will revert to the Court to seek measured relief.

                  Respectfully submitted,
                  *s/ Maureen Peyton King*