UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

    -against-

EDWARD BRONSON, E-LIONHEART
ASSOCIATES, LLC, d/b/a FAIRHILLS
CAPITAL,

           Defendants.

------------------------------------------------------- X

Case No. 12-CV-6421 (KMK)

**ORDER**

**THIS MATTER** having been brought before the Court by Non-Party Epstein Becker & Green, P.C. ("EBG"), by and through its counsel, Christopher M. Farella, of the firm, on notice to Plaintiff, Securities and Exchange Commission, through its counsel, Maureen Peyton King, Esq., for an Order granting Non-Party EBG's motion to lift, vacate or otherwise modify the Order Granting a Temporary Restraining Order and Asset Freeze, as amended, to allow non-party EBG to transfer funds it held in its Trust Account to pay an outstanding invoice for legal services rendered, and the Court having considered the position of the parties, and for good cause shown,

FIRM:66028243v1

**IT IS SO ORDERED** that Non-Party EBG's motion is hereby **granted**.

Dated: 12/11/2024

HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE