**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-four.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2025
```

United States Securities and Exchange Commission,

    Plaintiff - Appellee,

v.

Edward Bronson,

    Defendant - Appellant,

Dawn Bronson,

    Nominal-Defendant-Appellant.

**ORDER**

Docket No. 23-7330

By order dated July 23, 2024, the Court granted Appellants an extension until November 12, 2024 to file their opening brief. Appellants have yet to file their brief. Upon consideration thereof,

IT IS HEREBY ORDERED that Appellants' brief must be filed on or before December 9, 2024. The appeal is dismissed effective December 9, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[Signature]*

**MANDATE ISSUED ON 01/03/2025**